UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Mirabilis Ventures, Inc.
a Nevada corporation,

Plaintiff,

-vs-                                                   Case No. 6:10-cv-737-Orl-18KRS

Specialty Underwriters' Alliance Insurance
Company
an Illinois corporation
also known as
SUA Insurance Company

Universal Re-Insurance Company, Limited
a Bermuda corporation,

Defendants.

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court is directed to REASSIGN this case to another District Judge for all further proceedings.

DONE and ORDERED in Orlando, Florida, this ___17___ day of May, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record