UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC.,        CASE NO. 6:10-cv-737-Orl-18KRS
a Nevada corporation,

Plaintiff,

v.

SPECIALTY UNDERWRITERSø
ALLIANCE INSURANCE COMPANY,
a/k/a SUA INSURANCE COMPANY,
an Illinois corporation, and UNIVERSAL
RE-INSURANCE COMPANY, LIMITED,
a Bermuda corporation,

Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

X   IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

         *In Re Mirabilis Ventures, Inc., et al.*, Debtor, United States Bankruptcy Court for the Middle District of Florida, case numbers 6:08-bk-04327-KSJ; 6:08-bk-04328, and 6:08-bk-04681-KSJ.

__  IS NOT     relate to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER

ACTIONS upon each party no later than fourteen days after appearance of the party.

*Rest of this Page Intentionally Blank*

Dated this 24th day of May 2010.

Respectfully submitted,

| | |
|---|---|
| s/ J. Layne Smith, Trial Counsel | s/ Michael R. Morris, Trial Counsel |
| J. Layne Smith | Michael R. Morris |
| Florida Bar Number 712930 | Florida Bar Number 70254 |
| Smith, Brooks & Masterson, P.L. | Morris & Morris, P.A. |
| 2629 Mitcham Drive | 777 South Flagler Drive, Suite 800- West Tower |
| Tallahassee, Florida 32308 | West Palm Beach, Florida 33401 |
| Telephone No. 850.385.8000 | Telephone No. 561.838.9811 |
| Facsimile No. 850.201.8000 | Facsimile No. 561.828.9351 |
| E-mail address jaylayne44@aol.com | E-mail address mrmorris@morris-morris.com |