# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

MIRABILIS VENTURES, INC., )
)
        Plaintiff, )
)
vs. ) Case No. 6:10-cv-00737-ACC-KRS
)
SPECIALTY UNDERWRITERS' )
ALLIANCE INSURANCE COMPANY a/k/a )
SUA INSURANCE COMPANY and )
UNIVERSAL REINSURANCE COMPANY, )
LTD., )
)
        Defendants. )
)

## SUA INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant, SUA Insurance Company ("SUA"), by and through counsel of record, and hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Universal Reinsurance Company, Ltd.
Specialty Underwriters' Alliance, Inc.
SUA Insurance Company
Tower Group, Inc.
Kevin M. Lougachi, Bollinger, Ruberry & Garvey
Mirabilis Ventures, Inc.
AEM, Inc.
Presidion Solutions VI, Inc.
Presidion Solutions VII, Inc.
R.W. Cuthill, Jr.
J. Layne Smith, Brooks & Masterson, LP
Michael Morris, Morris & Morris, P.A.
All client company locations set forth in the SUA policies in question.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

SUA Insurance Company.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: **July 19, 2010**

   /s/ Kevin M. Lougachi
Kevin M. Lougachi, Esq.
Florida Bar # 15468
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, IL  60661-2511
(312) 466-8000
(312) 466-8001 – Fax
kevin.lougachi@brg-law.net
ATTORNEY FOR SUA INSURANCE CO.

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that **SUA INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** was filed electronically on July 19, 2010, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ Kevin M. Lougachi
Kevin M. Lougachi, Esq.
BOLLINGER, RUBERRY & GARVEY
500 W. Madison Ave., Ste. 2300
Chicago, IL 60661
312-466-8000
312-466-8001 – Fax
kevin.lougachi@brg-law.net