Case No. 6:10 CV-737-OR-18KRS

Exhibit A to Defendants' Answer

Ex. A-1



## SUA Insurance Company

222 S. Riverside Plaza
Chicago, Illinois 60606
1-888-782-4672

SUA 1049 (02/05)

# SUA Insurance Company

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

### A. The Policy

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

### B. Who is Insured

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

### C. Workers Compensation Law

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide non-occupational disability benefits.

### D. State

Sate means any state of the United States of America, and the District of Columbia.

### E. Locations

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE
## WORKERS COMPENSATION INSURANCE

### A. How This Insurance Applies

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B. We Will Pay

We will pay promptly when due the benefits required of you by the workers compensation law.

### C. We Will Defend

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this Insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

### D. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

### E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other

© 1991 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

1st Reprint · *Effective April 1, 1992* · **Standard**

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

### F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

### G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

### H. Statutory Provisions

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the workers compensation law that apply to:

   a. benefits payable by this insurance;

b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to the law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO
## EMPLOYERS LIABILITY INSURANCE

### A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

### B. We Will Pay

We will pay all sums you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. for which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. for care and loss of services; and

Page 2 of 6

© 1991 National Council on Compensation Insurance.

Case 6:10-cv-00737-ACC-KRS Document 15-1 Filed 07/30/10 Page 5 of 100

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

3. for consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C. Exclusions

This insurance does not cover:

1. liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. bodily injury intentionally caused or aggravated by you;

6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Non-appropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Health and Safety Act of 1969 (30 USC Sections 901-942), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. bodily injury to a master or member of the crew of any vessel;

11. fines or penalties imposed for violation of federal or state law; and

12. damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D. We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

## E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance, and

5. expenses we incur.

## F. Other Insurance

We will not pay more than our share of damages and cost covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If

© 1991 National Council on Compensation Insurance.

Case 6:10-cv-00737-ACC-KRS   Document 155   Filed 01/30/10   Page 6 of 100
WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 00 00 A

1st Reprint                    *Effective April 1, 1992*                    Standard

any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for any injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE
## OTHER STATES INSURANCE

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR
## YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

© 1991 National Council on Compensation Insurance.

## PART FIVE—PREMIUM

### A.  Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B.  Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on a estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C.  Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D.  Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E.  Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after the policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F.  Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G.  Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© 1991 National Council on Compensation Insurance.

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

## PART SIX—CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D. Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

**E. Sole Representative**

The insured first name in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

© 1991 National Council on Compensation Insurance.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 00 03 01 A

(Ed. 4-89)

## ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule. Part One (Workers' Compensation Insurance) and Part Two (Employers' Liability Insurance) will apply as though the alternate employer is insured. If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers' Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers' compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers' compensation law. We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer. The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

Schedule

1. **Alternate Employer**                    **Address**
   Any customer with whom the insured contractually
   agrees to provide this coverage.

2. **State of Special or Temporary Employment**
   Any State located in item 3A. Of the Information Page.

3. **Contract or Project**
   Any contract between the insured and their customer
   which provides this coverage.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Policy Number:  WSLTHPE 000080 02        Insured:  AEM, Inc.

Endorsement Effective:  01/01/2006        Coverage Provided by:  SUA Insurance Company

Issue Date:  02/08/2006                  Countersigned by: _____

**WC 00 03 01 A**
**(Ed. 4-89)**

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 04 19**

(Ed. 01-01)

## PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:
Section D. of Part Five of the policy is replaced by this provision.

PART FIVE
Premium

D.  Premium is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a Workers Compensation Law is not valid.  The due date for audit and retrospective premiums is the date of the billing.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Policy Number:  WSLTHPE 000080 02          Insured:  AEM, Inc.

Endorsement Effective:  01/01/2006          Coverage Provided by:  SUA Insurance Company

Issue Date:  06/03/2008                     Countersigned by:

**WC 00 04 19**
**(Ed. 1-01)**

© 1984 National Council on Compensation Insurance.

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

- Amended Information Page - Nonrating Change

NAME AND ADDRESS OF INSURED                    AGENT

1.  AEM, Inc.                          Lighthouse Programs, LLC
    8095 NW 12th St                    301 East Pine Street, Ste 350
    Suite 301                          Orlando, FL 32801-
    Miami, FL 33126-

    FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Entity of insured:

2.  The policy period is from 01/01/06 to 01/01/07 12:01 AM Standard Time at the Insured's mailing address.

3. A. Workers' Compensation Insurance: Part One of the policy applies to the Workers' Compensation law of the
      states listed here: FL, TX

   B. Employers' Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3A. The
      limits of our liability under Part Two are:

         Bodily Injury by Accident   $1,000,000  Each Accident
         Bodily Injury by Disease    $1,000,000  Policy Limit
         Bodily Injury by Disease    $1,000,000  Each Employee

   C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here:

   D. See attached schedule for list of endorsements forming part of this policy.

4.  The premium for this policy will be determined by our Manuals of Rules, Classifications,
    Rates, and Rating Plans. All information required below is subject to verification and change
    Interim adjustments of premium shall be made monthly.

    Per Attached Schedule:                      Total Estimated Annual Premium: $3,909,188

       Minimum Premium: $1,000                        Deposit Premium: $0

       Average Premium Discount: 0.0000%        Additional Assessments:

       Expense Constant: $200

    Policy Issuing Office: Chicago, IL          Countersigned by: _____

WC 00 00 01 A
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein: See Attached Schedule.

Policy Page: 2

Schedule Page: 1

## NAMED INSURED SCHEDULE

| | Named Insured | FEIN |
|---|---|---|
| 001 | AEM, Inc. | 592720545 |
| | Amended Effective: | 01/01/2006 |

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: W SLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 3

Schedule Page: 1 o

### A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

Atlas Electric
Atlas Electric
7404 N.W. 4th Blvd.,
Gainesville, FL 32607

FEIN: 59-3007190
SIC:
NAIC:  238210
Number of Employees: 0
Phone:

00001
Florida Joint & Spine
6325 U.S. Hwy. 27, N., #201,
Sebring, FL 33870

FEIN: 59-3226086
SIC:
NAIC:  621111
Number of Employees: 4
Phone:

Added Effective: 01/01/06

00011
Heartland Pediatric Assn.
2523 U.S. Hwy. 27, S., # 100,
Avon Park, FL 33825

FEIN: 65-0353511
SIC:
NAIC:  621111
Number of Employees: 9
Phone:

Added Effective: 01/01/06

00039
1st Choice
3727 Kenilworth Blvd.,
Sebring, FL 33870

FEIN: 27-0366345
SIC:
NAIC:  561499
Number of Employees: 2
Phone:

Added Effective: 01/01/06

### Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 4

Schedule Page: 2

## ADDITIONAL LOCATIONS SCHEDULE

001
AEM, Inc.
7404 N.W. 4th Blvd.,
Gainesville, FL 32607

FEIN: 59-2720545
SIC:
NAIC: 561330
Number of Employees: 0
Phone:
Amended Effective: 01/01/06

00125
Gulfstream Apartments
P.O. Box 1910,
Hollywood, FL 33022

FEIN: 59-1593718
SIC:
NAIC: 561720
Number of Employees: 8
Phone:

Added Effective: 01/01/06

00204
Thunderbird Press, Inc.
205 N. Manor Av.,
Titusville, FL 32796

FEIN: 59-1626417
SIC:
NAIC: 323117
Number of Employees: 10
Phone:

Added Effective: 01/01/06

00263
Mary Cox dba Windows
1014 Park Lake St.,
Orlando, FL 32803

FEIN: 30-3423410
SIC:
NAIC: 611310
Number of Employees: 10
Phone:

Added Effective: 01/01/06

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance            Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL 33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 5                                                          Schedule Page: 3 (

ADDITIONAL   LOCATIONS   SCHEDULE

| | | |
|---|---|---|
| 00318 | Ed's Spas, Solar & Pools, Inc.<br>85 S. Washington St.,<br>Ormond Beach, FL 32174 | FEIN: 59-2848871<br>SIC:<br>NAIC: 337110<br>Number of Employees: 3<br>Phone: |
| | Added Effective: 01/01/06 | |
| 00319 | Heartland Pediatrics - Wauchula<br>1125 S. 6th Av.,<br>Wauchula, FL 33873 | FEIN: 65-0467270<br>SIC:<br>NAIC: 621111<br>Number of Employees: 12<br>Phone: |
| | Added Effective: 01/01/06 | |
| 00332 | Dr. Kevin Lee<br>3435 S. Highlands Av.,<br>Sebring, FL 33870 | FEIN: 65-0453522<br>SIC:<br>NAIC: 621111<br>Number of Employees: 7<br>Phone: |
| | Added Effective: 01/01/06 | |
| 00383 | ABC Appliance<br>13611 U.S. Hwy. 98,<br>Sebring, FL 33876 | FEIN: 65-0831393<br>SIC:<br>NAIC: 337110<br>Number of Employees: 13<br>Phone: |
| | Added Effective: 01/01/06 | Deleted Effective: 06/08/06 |

WC 00 00 AL
  Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: W SLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33 514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL  33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 35 0<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 4 c

Policy Page: 6

### A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 00389 | Campaign Graphics<br>1009 S.W. 17th St., P.O. Box 4859<br>Ocala, FL 34474 | FEIN: 59-2348001<br>SIC:<br>NAIC:  237310<br>Number of Employees: 7<br>Phone: |
|---|---|---|
| | Added Effective: 01/01/06 | |
| 00495 | Florida Drug Screening, Inc.<br>2191 Julian Av., # 2,<br>Palm Bay, FL 32905 | FEIN: 59-3179131<br>SIC:<br>NAIC:  561499<br>Number of Employees: 10<br>Phone: |
| | Added Effective: 01/01/06 | |
| 00504 | Chase Security Patrol<br>1110 Douglas Av., # 3010,<br>Altamonte Springs, FL 32714 | FEIN: 59-2907667<br>SIC:<br>NAIC:  922120<br>Number of Employees: 41<br>Phone: |
| | Added Effective: 01/01/06 | |
| 00578 | DTF, Inc. dba Eagle's N est<br>101 E. Airport Rd.,<br>Sebastian, FL 32958 | FEIN: 65-0222764<br>SIC:<br>NAIC:  711110<br>Number of Employees: 46<br>Phone: |
| | Added Effective: 01/01/06 | |

WC 00 00 AL
  **Issue Date:**  6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number : WSLTHPE 000080 02
Policy Period : 1/1/2006  to  1/1/2007
Coverage by : SUA Insurance Company
Producer Id : 2 / 8
Prev. Coverage : None
Carrier Id : 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the  above address unless otherwise stated herein: See Attached Schedule.

Policy Page: 7                                                                                          Schedule Page:

### A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 00645 | Ichiban Japanese Steak House<br>675 N. 3rd St.,<br>Jacksonville Beach, FL 32250<br><br>Added Effective: 01/01/06 | FEIN: 59-3200523<br>SIC:<br>NAIC:   722110<br>Number of Employees: 48<br>Phone: |
|---|---|---|
| 00696 | Crandall Construction<br>808 S. Beach St.,<br>Ormond Beach, FL 32174<br><br>Added Effective: 01/01/06 | FEIN: 59-3101203<br>SIC:<br>NAIC:   236115<br>Number of Employees: 3<br>Phone: |
| 00716 | Mattingly's Mardi Gras<br>1526 Edgewood Av., W.,<br>Jacksonville, FL 32208<br><br>Added Effective: 01/01/06 | FEIN: 59-2904261<br>SIC:<br>NAIC:   722410<br>Number of Employees: 53<br>Phone: |
| 00909 | Sebring Pediatrics<br>1004 S.E. Lakeview Dr.,<br>Sebring, FL 33870<br><br>Added Effective: 01/01/06 | FEIN: 59-3314618<br>SIC:<br>NAIC:   621111<br>Number of Employees: 8<br>Phone: |

WC 00 00 AL
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance

Extra

**Standard Workers' Compensation
and Employers' Liability Policy**

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id : 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste  350<br>Orlando, FL  32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 8                                                                                            Schedule Page:

## ADDITIONAL   LOCATIONS   SCHEDULE

| 00971 | Joey's Auto Brokers<br>931 N. State Rd. 7,<br>Hollywood, FL 33021 | FEIN: 65-0391153<br>SIC:<br>NAIC:   441110<br>Number of Employees: 5<br>Phone: |
|---|---|---|
| | Added Effective: 01/01/06 | |
| 01102 | P & A Welding and Machine<br>2811 Hwy. 60, W.,<br>Mulberry, FL 33860 | FEIN: 59-3130485<br>SIC:<br>NAIC:   332710<br>Number of Employees: 14<br>Phone: |
| | Added Effective: 01/01/06 | Deleted Effective: 11/20/06 |
| 01194 | Duncan Painting, Inc.<br>1311 Mallard Landing Blvd.,<br>Jacksonville, FL 32259 | FEIN: 20-1078586<br>SIC:<br>NAIC:   237310<br>Number of Employees: 9<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01227 | JZN Hotels, Inc.<br>201 S. Parrott Av.,<br>Okeechobee, FL 34974 | FEIN: 65-1132376<br>SIC:<br>NAIC:   721110<br>Number of Employees: 5<br>Phone: |
| | Added Effective: 01/01/06 | Amended Effective: 02/22/06 |

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801~ |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein
See Attached Schedule.

Policy Page: 9                                                                                                Schedule P.

### ADDITIONAL  LOCATIONS  SCHEDULE

| 01228 | Luv-Kush Enterprises, Inc.<br>3975 441, S.,<br>Okeechobee, FL 34972 | FEIN: 65-0486049<br>SIC:<br>NAIC: 721110<br>Number of Employees: 14<br>Phone: |
|---|---|---|
| | Added Effective: 01/01/06          . Amended Effective: 02/22/06 | |
| 01257 | Kar Wash, Inc., # 1<br>7171 LEM Turner,<br>Jacksonville, FL 32208 | FEIN: 59-1740568<br>SIC:<br>NAIC: 811192<br>Number of Employees: 55<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01266 | Monahan Chiropractic<br>4022 Blanding Blvd.,<br>Jacksonville, FL 32210 | FEIN: 59-1940243<br>SIC:<br>NAIC: 621111<br>Number of Employees: 7<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01338 | Americraft<br>5536 S. Ridgewood Av.,<br>Port Orange, FL 32129 | FEIN: 59-3396045<br>SIC:<br>NAIC: 339920<br>Number of Employees: 6<br>Phone: |
| | Added Effective: 01/01/06 | |

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 10                                                                                           Schedule Page:

## ADDITIONAL    LOCATIONS    SCHEDULE

| 01343 | Jax Drywall-Paint-Brick<br>11240 Garden Blvd.,<br>Jacksonville, FL 32218 | FEIN: 20-0548506<br>SIC:<br>NAIC: 236115<br>Number of Employees: 7<br>Phone: |
|---|---|---|
| | Added Effective: 01/01/06 | Deleted Effective: 10/03/06 |
| 01360 | Cheers Sports Bar & Grill<br>11475 San Jose Blvd.,<br>Jacksonville, FL 32223 | FEIN: 25-7084256<br>SIC:<br>NAIC: 711110<br>Number of Employees: 1<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01363 | Cheers - Orange Park<br>11475 San Jose Blvd.,<br>Jacksonville, FL 32223 | FEIN: 25-7084256<br>SIC:<br>NAIC: 711110<br>Number of Employees: 1<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01370 | J & M Construction of Marion County, Inc.<br>18890 S.W. 44th St.,<br>Dunnellon, FL 34432 | FEIN: 59-2856689<br>SIC:<br>NAIC: 236115<br>Number of Employees: 14<br>Phone: |
| | Added Effective: 01/01/06 | |

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL 33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL 32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein: See Attached Schedule.

Policy Page: 11                                                                 Schedule Page: 9

### ADDITIONAL LOCATIONS SCHEDULE

01402      Deland Dunkin Donuts
           1298 S. Woodland Blvd.,
           Deland, FL 32720

FEIN: 59-3347075
SIC:
NAIC: 711110
Number of Employees: 1
Phone:

Added Effective: 01/01/06

01404      Roy & Sons Lawn Services, Inc.
           4660 N. Hwy. 1,
           Melbourne, FL 32935

FEIN: 59-2909094
SIC:
NAIC: 332710
Number of Employees: 3
Phone:

Added Effective: 01/01/06

01414      Avon Construction of Brevard
           5201 Ocean Blvd., # 3,
           Cocoa Beach, FL 32931

FEIN: 59-3277726
SIC:
NAIC: 238220
Number of Employees: 10
Phone:

Added Effective: 01/01/06                               Deleted Effective: 11/16/06

01425      Sue's Exterior Designs, Inc.
           3795 Ponderosa Rd.,
           Valkaria, FL 32950

FEIN: 46-0156121
SIC:
NAIC: 561730
Number of Employees: 11
Phone:

Added Effective: 01/01/06

**WC 00 00 AL**
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 10 of 321

Policy Page: 12

### A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 01461 | Scott Strawbridge, Inc.<br>2031 C Wilton Dr.,<br>Wilton Manors, FL 33305 | FEIN: 65-0224560<br>SIC:<br>NAIC:  238130<br>Number of Employees: 15<br>Phone: |
|---|---|---|
| | Added Effective: 01/01/06 | Deleted Effective: 08/23/06 |
| 01481 | Florida Precision<br>250 A East Dr.,<br>Melbourne, FL 32904 | FEIN: 59-3002564<br>SIC:<br>NAIC:  332212<br>Number of Employees: 20<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01540 | Dave's Towing & Recovery, Inc.<br>1516 S.W. 12th St.,<br>Ocala, FL 34474 | FEIN: 59-3289852<br>SIC:<br>NAIC:  484110<br>Number of Employees: 11<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01609 | Total Print, Inc.<br>1132 U.S. Hwy. 1,<br>Sebastian, FL 32958 | FEIN: 59-2899320<br>SIC:<br>NAIC:  323117<br>Number of Employees: 9<br>Phone: |
| | Added Effective: 01/01/06 | Deleted Effective: 09/13/06 |

WC 00 00 AL
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

**Standard Workers' Compensation
and Employers' Liability Policy**

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006   to   1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.   AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address  unless otherwise stated herein:
See Attached Schedule.

Policy Page: 13                                                                                           Schedule Page: 11 of 321

## ADDITIONAL   LOCATIONS   SCHEDULE

| 01615 | Spanky's<br>131 N. Banana River Dr.,<br>Merritt Island, FL 32952 | FEIN: 59-3352082<br>SIC:<br>NAIC:  722410<br>Number of Employees: 5<br>Phone: |
|---|---|---|
| | Added Effective: 01/01/06 | |
| 01653 | Pet World of Dundee, Inc.<br>3637 Havendale Blvd.,<br>Auburndale, FL 33823 | FEIN: 59-3407388<br>SIC:<br>NAIC:  339113<br>Number of Employees: 8<br>Phone: |
| | Added Effective: 01/01/06 | |
| 01655 | Sun Room Senior Center, Inc.<br>3015 Herring Av.,<br>Sebring, FL 33870 | FEIN: 59-2940854<br>SIC:<br>NAIC:  561410<br>Number of Employees: 3<br>Phone: |
| | Added Effective: 01/01/06 | Deleted Effective: 10/06/06 |
| 01657 | Park Place Car Wash<br>7404 N.W. 4th Blvd.,<br>Gainesville, FL 32607 | FEIN: 59-3259921<br>SIC:<br>NAIC:  811192<br>Number of Employees: 65<br>Phone: |
| | Added Effective: 01/01/06 | |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

**Standard Workers' Compensation
and Employers' Liability Policy**

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 3 50<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 14                                                                            Schedule Page: 12

## ADDITIONAL     LOCATIONS     SCHEDULE

01682      ABCD Kennels
           810 S.E. 137th St.,
           Ocala, FL 34480

FEIN: 59-3491943
SIC:
NAIC: 541940
Number of Employees: 46
Phone:

Added Effective: 01/01/06

01714      Race-Thru Kwik Lube
           3447 U.S. Hwy. 27, S.,
           Sebring, FL 33870

FEIN: 65-0635428
SIC:
NAIC: 811191
Number of Employees: 17
Phone:

Added Effective: 01/01/06

01734      Toby's Barbecue
           604 New Berlin Rd., # 1,
           Jacksonville, FL 32218

FEIN: 59-3087757
SIC:
NAIC: 722110
Number of Employees: 18
Phone:

Added Effective: 01/01/06                          Deleted Effective:02/15/06

01753      Atlas Electric
           4804 N.W. 119th St.,
           Gainesville, FL 32653

FEIN: 59-3007190
SIC:
NAIC: 238210
Number of Employees: 6
Phone:

Added Effective: 01/01/06

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance                Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WS LTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33S14

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above  address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 15

Schedule Page: 13 of 3

ADDITIONAL   LOCATIONS   SCHEDULE

| 01771 | Kimberly Crawford, MD<br>787 37th Street Suite E-100,<br>Vero Beach, FL 32960 | FEIN: 65-0522569<br>SIC:<br>NAIC:  621111<br>Number of Employees: 6<br>Phone: |
|---|---|---|
| 01805 | Pet World of Dundee #2<br>4746 South Florida Ave,<br>Lakeland, FL 33813 | FEIN: 22-4863866<br>SIC:<br>NAIC:  339113<br>Number of Employees: 29<br>Phone: |
| 01854 | PM Custom Design, Inc.<br>158 Harris Blvd.,<br>Indialantic, FL 32903 | FEIN: 59-2904250<br>SIC:<br>NAIC:  238130<br>Number of Employees: 2<br>Phone: |
| 01862 | Stone Plus Inc. Palm Coast<br>5500 Chronicle Ct,<br>Jacksonville, FL 32256 | FEIN: 59-3175090<br>SIC:<br>NAIC:  444110<br>Number of Employees: 21<br>Phone: |

**WC 00 00 AL**
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                         Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 16                                                                                                         Schedule Page: 14 of 321

## ADDITIONAL   LOCATIONS   SCHEDULE

| 01863 | Stone Plus Inc., Jax<br>5500 Chronicle Ct,<br>Jacksonville, FL 32256 | FEIN: 20-2511045<br>SIC:<br>NAIC:  444110<br>Number of Employees: 20<br>Phone: |
|---|---|---|
| 01896 | Micro Tree Farms<br>1997 Micco Road,<br>Micco, FL 32976 | FEIN: 26-6989392<br>SIC:<br>NAIC:  111421<br>Number of Employees: 7<br>Phone:<br>                Deleted Effective:03/06/06 |
| 01953 | Newsom's Transport Company, Inc.<br>623 Carlee Lane,<br>Hilliard, FL 32046 | FEIN: 59-3516920<br>SIC:<br>NAIC:  484110<br>Number of Employees: 6<br>Phone: |
| 01972 | Country Line of Brevard, Inc.<br>4650 W. New Haven Ave,<br>Melbourne, FL 32904 | FEIN: 59-3339816<br>SIC:<br>NAIC:  711110<br>Number of Employees: 29<br>Phone: |

**WC 00 00 AL**
Issue Date: **6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number : WSLTHPE 000080 02
Policy Period : 1/1/2006 to 1/1/2007
Coverage by : SUA Insurance Company
Producer Id : 2 / 8
Prev. Coverage : None
Carrier Id : 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 17

Schedule Page: 15

### ADDITIONAL   LOCATIONS   SCHEDULE

01989   Roberts Construction of Indian
        590 45th Court,
        Vero Beach, FL 32968

FEIN: 65-0647710
SIC:
NAIC:  238130
Number of Employees: 12
Phone:

02026   Heartland Pediatric of Lake Wales
        1356 State Rd 60E Orange Grove Plaza,
        Avon Park, FL 33825

FEIN: 65-0737449
SIC:
NAIC:  621111
Number of Employees: 11
Phone:

02054   Dumont Aircraft Engines, Inc.
        1605 W. State Road 64,
        Avon Park, FL 33825

FEIN: 59-2268920
SIC:
NAIC:  336412
Number of Employees: 10
Phone:

02084   Pirate's Loot
        1942 State Road 44,
        New Smyrna Beach, FL 32168

FEIN: 54-2125049
SIC:
NAIC:  339113
Number of Employees: 8
Phone:

**WC 00 00 AL**
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

**Standard Workers' Compensation
and Employers' Liability Policy**

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 18

Schedule Page: 16 of 321

A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 02092 | Service Master<br>236 N. Tropical Trail,<br>Merritt Island, FL 32953 | FEIN: 59-2429410<br>SIC:<br>NAIC:  811490<br>Number of Employees: 18<br>Phone: |

| 02110 | Father & Son Appliance Co.<br>648 21st Street,<br>Vero Beach, FL 32960 | FEIN: 59-1496870<br>SIC:<br>NAIC:  337110<br>Number of Employees: 13<br>Phone:<br>Deleted Effective: 02/23/06 |

| 02125 | Collin's Enterprises of  South Florida<br>4190 N. Kings Hwy.,<br>Fort Pierce, FL 34951 | FEIN: 65-1136263<br>SIC:<br>NAIC:  332117<br>Number of Employees: 4<br>Phone: |

| 02149 | Affordable Auto Sales of  Miami<br>1075 SW 67th Ave.,<br>Miami, FL 33144 | FEIN: 65-0333246<br>SIC:<br>NAIC:  441110<br>Number of Employees: 7<br>Phone: |

WC 00 00 AL
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 17 of 321

Policy Page: 19

### ADDITIONAL   LOCATIONS   SCHEDULE

| | | |
|---|---|---|
| 02155 | Lion of Judah Enterprises, Inc.<br>10318 Lem Turner Rd.,<br>Jacksonville, FL 32218 | FEIN: 59-3640277<br>SIC:<br>NAIC: 561720<br>Number of Employees: 10<br>Phone: |
| 02156 | Sebastian Elks<br>731 S. Fleming St.,<br>Sebastian, FL 32958 | FEIN:  -<br>SIC:<br>NAIC:  481219<br>Number of Employees: 10<br>Phone: |
| 02188 | Dave's Tire & Automotive<br>1866 S. Atlantic Ave.,<br>Cocoa Beach, FL 32931 | FEIN: 59-3142059<br>SIC:<br>NAIC:  441320<br>Number of Employees: 4<br>Phone: |
| 02226 | Minority Specialties, Inc.<br>345A Cumberland Industrial Ct.,<br>Saint Augustine, FL 32095 | FEIN: 59-3212325<br>SIC:<br>NAIC:  484110<br>Number of Employees: 14<br>Phone: |

**WC 00 00 AL**
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 18 of 321

Policy Page: 20

## ADDITIONAL  LOCATIONS  SCHEDULE

| 02230 | Scales Building Corporation<br>4869 N. A1A,<br>Vero Beach, FL 32963 | FEIN: 59-2793343<br>SIC:<br>NAIC: 238130<br>Number of Employees: 9<br>Phone: |

| 02252 | Kid's Kountry Daycare<br>3227 Old Jennings Rd.,<br>Middleburg, FL 32068 | FEIN: 59-3616139<br>SIC:<br>NAIC: 611310<br>Number of Employees: 32<br>Phone: |

| 02255 | McDuffie Enterprises, Inc.<br>523 E. Brownleaf St.,<br>Starke, FL 32091 | FEIN: 59-3172707<br>SIC:<br>NAIC: 487110<br>Number of Employees: 2<br>Phone: |

| 02263 | Electrice Unlimited, Inc.<br>219 Ibis Ave.,<br>Sebring, FL 33872 | FEIN: 65-0549169<br>SIC:<br>NAIC: 238210<br>Number of Employees: 5<br>Phone: |

WC 00 00 AL
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation
## and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 19 of

Policy Page: 21

### ADDITIONAL    LOCATIONS    SCHEDULE

| 02267 | Nick Moran Construction, Inc.<br>3605 3rd Street,<br>Vero Beach, FL 32968 | FEIN: 57-1150431<br>SIC:<br>NAIC: 238130<br>Number of Employees: 4<br>Phone: |
|---|---|---|
| 02300 | Westside Towing<br>11960 N. Florida Ave.,<br>Dunnellon, FL 34434 | FEIN: 59-3267392<br>SIC:<br>NAIC: 484110<br>Number of Employees: 21<br>Phone: |
| 02318 | Jeff Williams Lawn Service<br>10 E. University Ave.,<br>Gainesville, FL 32601 | FEIN: 41-3253292<br>SIC:<br>NAIC: 487110<br>Number of Employees: 40<br>Phone: |
| 02330 | Mr. Joseph's Salon<br>310 N.E. 26th Ave.,<br>Ocala, FL 34470 | FEIN: 59-3299179<br>SIC:<br>NAIC: 611511<br>Number of Employees: 8<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL  33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL  32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 22                                                                 Schedule Page: 20 of

ADDITIONAL   LOCATIONS   SCHEDULE

02344      J. Garone Contractor Corp          FEIN: 65-1098826
           1076 Morningside Dr.,              SIC:
           Vero Beach, FL 32963               NAIC:  236115
                                              Number of Employees: 18
                                              Phone:

02353      Access Collection & Recovery       FEIN: 59-3481347
           6239 Edwater Dr., Suite D-13       SIC:
           Orlando, FL 32810                  NAIC:  484110
                                              Number of Employees: 17
                                              Phone:

02398      Anywhere Anytime Moving & Stg.     FEIN: 65-0465750
           603 Avocado St.,                   SIC:
           Sebring, FL 33870                  NAIC:  493110
                                              Number of Employees: 26
                                              Phone:

02462      Chrislo Auto Care, Inc.            FEIN: 59-3212005
           1235 Stadt Rd. N.W.,               SIC:
           Palm Bay, FL 32907                 NAIC:  811111
                                              Number of Employees: 14
                                              Phone:

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL  33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL  32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 23                                                              Schedule Page: 21 of 3

### A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 02466 | Holiday Inn Express-Vero Beach<br>9400 19th Lane,<br>Vero Beach, FL 32966 | FEIN: 65-0797966<br>SIC:<br>NAIC:  721110<br>Number of Employees: 64<br>Phone: |
|---|---|---|
| 02512 | American Vertical Design, Inc.<br>4009 U.S. Hwy 1,<br>Vero Beach, FL 32960 | FEIN: 65-0310051<br>SIC:<br>NAIC:  337122<br>Number of Employees: 15<br>Phone: |
| 02521 | Lynnwood Mickler DBA<br>316 Henscratch Rd.,<br>Lake Placid, FL 33852 | FEIN: 59-2866911<br>SIC:<br>NAIC:  111421<br>Number of Employees: 19<br>Phone: |
| 02550 | Seeber Automotive, Inc.<br>504 S. Main Ave.,<br>Lake Placid, FL 33852 | FEIN: 59-3737904<br>SIC:<br>NAIC:  811111<br>Number of Employees: 4<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein: See Attached Schedule.

Policy Page: 24

Schedule Page: 22 o

## A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 02553 | Tootsy's<br>218 B Hwy A!A,<br>Satellite Beach, FL 32937 | FEIN: 59-2855319<br>SIC:<br>NAIC:  722410<br>Number of Employees: 49<br>Phone: |
|---|---|---|
| 02564 | Classic Screen Enclosures, Inc.<br>3036 Kananwood Ct, Suite 1024<br>Oviedo, FL 32765 | FEIN: 59-2792436<br>SIC:<br>NAIC:  238160<br>Number of Employees: 71<br>Phone: |
| 02586 | Master Craft Aluminum<br>1634 S.E. Niemeyer Circle S.E.,<br>Port Saint Lucie, FL 34952 | FEIN: 59-1535480<br>SIC:<br>NAIC:  238160<br>Number of Employees: 21<br>Phone: |
| 02588 | Beville Tractor Service, Inc.<br>771 Campbell Rd.,<br>Fort Pierce, FL 34945 | FEIN: 75-3131025<br>SIC:<br>NAIC:  238910<br>Number of Employees: 6<br>Phone: |

WC 00 00 AL
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance
Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 25                                                                 Schedule Page: 23 of 3

## ADDITIONAL   LOCATIONS   SCHEDULE

| 02603 | Heartland Pediatric/LK. Placi<br>305 US 27 South,<br>Lake Placid, FL 33852 | FEIN: 59-3488365<br>SIC:<br>NAIC:  621111<br>Number of Employees: 9<br>Phone: |
|---|---|---|
| 02610 | Mash Hoagies<br>3164 Lake Washington Rd.,<br>Melbourne, FL 32934 | FEIN: 59-3042391<br>SIC:<br>NAIC:  711110<br>Number of Employees: 15<br>Phone: |
| 02667 | American Concrete<br>4130 Honeysuckle Circle,<br>Middleburg, FL 32068 | FEIN: 20-2704194<br>SIC:<br>NAIC:  238110<br>Number of Employees: 2<br>Phone: |
| 02682 | Pritchard Painting, Inc.<br>527 Grove Park Blvd.,<br>Jacksonville, FL 32216 | FEIN: 59-3372799<br>SIC:<br>NAIC:  237310<br>Number of Employees: 28<br>Phone: |

**WC 00 00 AL**
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 26

Schedule Page: 24 of

### ADDITIONAL   LOCATIONS   SCHEDULE

| 02736 | Spofford Stage, Inc.<br>182 Mandolin Drive,<br>Lake Placid, FL 33852 | FEIN: 02-0280424<br>SIC:<br>NAIC:  238910<br>Number of Employees: 6<br>Phone: |
|---|---|---|

Amended Effective: 08/07/06

| 02749 | Complete Masonry<br>3733 Lodge Pole Lane,<br>Ormond Beach, FL 32174 | FEIN: 59-3651788<br>SIC:<br>NAIC:  238140<br>Number of Employees: 39<br>Phone: |
|---|---|---|

| 02763 | Clean Air Technologies<br>1578 S.E. Niemeyer Circle,<br>Port Saint Lucie, FL 34952 | FEIN: 65-0506464<br>SIC:<br>NAIC:  238210<br>Number of Employees: 60<br>Phone: |
|---|---|---|

| 02786 | Bryan's Auto, Truck & RV Collision Repair Center, Inc.<br>16420 Hwy # 27,<br>Lake Wales, FL 33859 | FEIN: 59-3213655<br>SIC:<br>NAIC:  811121<br>Number of Employees: 9<br>Phone: |
|---|---|---|

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 27

Schedule Page: 25 of

ADDITIONAL     LOCATIONS     SCHEDULE

| 02789 | USA Services Jax Division<br>448 Spring Hammock Ct.,<br>Longwood, FL 32750 | FEIN: 59-2936530<br>SIC:<br>NAIC:  237310<br>Number of Employees: 20<br>Phone:<br>Deleted Effective: 04/01/06 |
|---|---|---|
| 02792 | Ortega Chiropractic Corp.<br>5539 Roosevelt Blvd.,<br>Jacksonville, FL 32244 | FEIN: 43-1952532<br>SIC:<br>NAIC:  621111<br>Number of Employees: 9<br>Phone: |
| 02799 | Spaur's Concrete Inc.<br>2110 Old Dixie Hwy,<br>Titusville, FL 32796 | FEIN: 59-3437321<br>SIC:<br>NAIC:  238110<br>Number of Employees: 7<br>Phone: |
| 02809 | Monkey's Uncle<br>10601-30 San Jose Blvd.,<br>Jacksonville, FL 32257 | FEIN: 07-1288792<br>SIC:<br>NAIC:  711110<br>Number of Employees: 23<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 28                                                                                Schedule Page: 26

## A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 02810 | Clemons Enterprises, Inc.<br>13104 East US 27,<br>Branford, FL 32008 | FEIN: 81-0560252<br>SIC:<br>NAIC:  238140<br>Number of Employees: 4<br>Phone: |
|---|---|---|

Amended Effective: 08/03/06

| 02812 | All Construction Trades, Inc.<br>1800 W. Lockport Lane,<br>Dunnellon, FL 34434 | FEIN: 59-3241026<br>SIC:<br>NAIC:  238140<br>Number of Employees: 25<br>Phone: |
|---|---|---|

| 02822 | Strnad Custom Builders, Inc.<br>4040 Pepper Tree St.,<br>Grant, FL 32949 | FEIN: 59-3485822<br>SIC:<br>NAIC:  236115<br>Number of Employees: 2<br>Phone: |
|---|---|---|

| 02824 | Wayne Johnson & Assoc., Inc.<br>12058 San Jose Blvd., Unit 304<br>Jacksonville, FL 32223 | FEIN: 59-3370854<br>SIC:<br>NAIC:  561410<br>Number of Employees: 3<br>Phone: |
|---|---|---|

Amended Effective: 07/24/06

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 29

Schedule Page: 27

# ADDITIONAL   LOCATIONS   SCHEDULE

02828      John Coppersmith
           13740 Orange Ave.,
           Fort Pierce, FL 34945

FEIN: 76-3809746
SIC:
NAIC:  811111
Number of Employees: 1
Phone:

02841      Palm Masonry, Inc.
           530 Lake Disston Rd.,
           Bunnell, FL 32110

FEIN: 59-3353578
SIC:
NAIC:  238140
Number of Employees: 6
Phone:
           Deleted Effective: 10/17/06

02853      Precision Cabinetry
           3409 Heid Rd.,
           Sebring, FL 33872

FEIN: 01-2481698
SIC:
NAIC:  238130
Number of Employees: 4
Phone:

02862      Brister Signs, Inc.
           1051 Old Dixie Hwy.,
           Vero Beach, FL 32960

FEIN: 65-0628504
SIC:
NAIC:  561410
Number of Employees: 15
Phone:

**WC 00 00 AL**
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 30

Schedule Page: 28 of

# ADDITIONAL   LOCATIONS   SCHEDULE

| 02911 | Albert Ruiz DDS<br>529 US 27 South,<br>Sebring, FL 33870 | FEIN: 59-3085699<br>SIC:<br>NAIC: 621111<br>Number of Employees: 7<br>Phone: |
| 02920 | Branca's Air Conditioning, Inc.<br>3216 Saw Mill Trail,<br>Avon Park, FL 33825 | FEIN: 65-0242137<br>SIC:<br>NAIC: 238220<br>Number of Employees: 6<br>Phone: |
| 02952 | J.S. & K. Enterprises, Inc.<br>396 Monroe Rd.,<br>Lake Monroe, FL 32747 | FEIN: 59-3084747<br>SIC:<br>NAIC: 561499<br>Number of Employees: 5<br>Phone: |
| 02975 | Rainbow Lakes Heating & A/C<br>5500 So. US Hwy. #41,<br>Dunnellon, FL 34432 | FEIN: 59-2486457<br>SIC:<br>NAIC: 238210<br>Number of Employees: 23<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 31                                                                    Schedule Page: 29 of

ADDITIONAL       LOCATIONS       SCHEDULE

| 02996 | St. Lucie Car Wash<br>1401 SE Huffman Rd.,<br>Port Saint Lucie, FL 34952 | FEIN: 65-0519960<br>SIC:<br>NAIC: 811192<br>Number of Employees: 36<br>Phone: |
|---|---|---|
| 03023 | Florida Designer Cabinets, Inc.<br>1304 S. Hwy 301,<br>Sumterville, FL 33585 | FEIN: 59-3027482<br>SIC:<br>NAIC: 238130<br>Number of Employees: 75<br>Phone: |
| 03041 | Pattison Janitorial Service<br>1115-C Enterprise Ct.,<br>Daytona Beach, FL 32117 | FEIN: 59-5206522<br>SIC:<br>NAIC: 561720<br>Number of Employees: 26<br>Phone: |
| 03047 | JB's Sports Restaurant<br>4880 S. Kirkman Rd.,<br>Orlando, FL 32811 | FEIN: 59-2874456<br>SIC:<br>NAIC: 722110<br>Number of Employees: 30<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 32                                                                                    Schedule Page: 30

## A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 03054 | Fitzgerald Brick, Tile & Coping<br>661 N.E. Emerson St.,<br>Port Saint Lucie, FL 34983 | FEIN: 65-0752297<br>SIC:<br>NAIC: 561720<br>Number of Employees: 2<br>Phone: |
|---|---|---|
| 03079 | American Outback Holding<br>1490 Wilde St.,<br>Avon Park, FL 33825 | FEIN: 65-1047072<br>SIC:<br>NAIC: 561410<br>Number of Employees: 3<br>Phone: |
| 03081 | J.A. Rosier<br>4850 Hester Ave.,<br>Sanford, FL 32773 | FEIN: 26-3946018<br>SIC:<br>NAIC: 444130<br>Number of Employees: 1<br>Phone: |
| 03100 | Signatastic<br>199 US Hwy 27 South,<br>Sebring, FL 33870 | FEIN: 34-4462547<br>SIC:<br>NAIC: 561410<br>Number of Employees: 4<br>Phone: |

**WC 00 00 AL**
   Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                     Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 33                                                           Schedule Page: 31 of

### A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 03114 | Indian River Restaurant Supply<br>760 8th Court # 12,<br>Vero Beach, FL 32962 | FEIN: 65-0837177<br>SIC:<br>NAIC:  424310<br>Number of Employees: 2<br>Phone: |
|---|---|---|

| 03133 | Lynch's Irish Pub<br>514 N. First St.,<br>Jacksonville Beach, FL 32250 | FEIN: 59-3378036<br>SIC:<br>NAIC:  722410<br>Number of Employees: 59<br>Phone:<br>                Deleted Effective: 10/13/06 |
|---|---|---|

| 03134 | State Wide Materials, Inc.<br>1525 White Dr.,<br>Titusville, FL 32780 | FEIN: 59-3336615<br>SIC:<br>NAIC:  238910<br>Number of Employees: 22<br>Phone: |
|---|---|---|

| 03223 | Smith's Welding &<br>1819 NW 4th Ave.,<br>Ocala, FL 34475 | FEIN: 22-3902898<br>SIC:<br>NAIC:  236220<br>Number of Employees: 4<br>Phone: |
|---|---|---|

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 32 of 3

Policy Page: 34

## ADDITIONAL   LOCATIONS   SCHEDULE

| 03225 | Rivergate Chevron<br>2360 SE Rivergate Pkwy,<br>Port Saint Lucie, FL 34952 | FEIN: 65-0073298<br>SIC:<br>NAIC:  445110<br>Number of Employees: 14<br>Phone: |
|---|---|---|
| 03263 | Peter J. Sweeney Insulation Co.<br>1125 S.W. 8th St.,<br>Vero Beach, FL 32962 | FEIN: 65-0872810<br>SIC:<br>NAIC:  236220<br>Number of Employees: 8<br>Phone: |
| 03286 | MJM Greenway Landscaping & MG M<br>1707 E. Semoran Blvd.,<br>Apopka, FL 32703 | FEIN: 59-3518026<br>SIC:<br>NAIC:  487110<br>Number of Employees: 33<br>Phone: |
| 03287 | Jackson Enterprises of Brevard<br>2638 S. Harbor City Blvd.,<br>Melbourne, FL 32901 | FEIN: 59-2384847<br>SIC:<br>NAIC:  238210<br>Number of Employees: 57<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 35

Schedule Page: 33 of

### ADDITIONAL   LOCATIONS   SCHEDULE

| | | |
|---|---|---|
| 03306 | Stillwater Millwork<br>2700 S. Design Ct.,<br>Sanford, FL 32773 | FEIN: 59-3450423<br>SIC:<br>NAIC:  337122<br>Number of Employees: 18<br>Phone: |
| 03315 | Okeechobee Co. Family Health<br>575 SW 28th St.,<br>Okeechobee, FL 34974 | FEIN: 24-7080407<br>SIC:<br>NAIC:  561410<br>Number of Employees: 8<br>Phone: |
| 03323 | Simmons Service<br>4389 Pearl St.,<br>Marianna, FL 32448 | FEIN: 42-1688013<br>SIC:<br>NAIC:  238210<br>Number of Employees: 2<br>Phone: |
| 03345 | The Chicken Koop Cafe, Inc.<br>2201 Ribault Scenic Dr.,<br>Jacksonville, FL 32208 | FEIN: 59-3330850<br>SIC:<br>NAIC:  711110<br>Number of Employees: 70<br>Phone: |

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 36

Schedule Page: 34 of 321

### ADDITIONAL   LOCATIONS   SCHEDULE

| | | |
|---|---|---|
| 03474 | Suspenders Saloon<br>1033 Highway 436 Semoran Blvd., Suite 113<br>Casselberry, FL 32707 | FEIN: 59-3164579<br>SIC:<br>NAIC: 722410<br>Number of Employees: 8<br>Phone: |
| 03508 | TG Enterprises of Key West, Inc.<br>2409 North Roosevelt Blvd, Suite 9<br>Key West, FL 33040 | FEIN: 65-0788655<br>SIC:<br>NAIC: 561720<br>Number of Employees: 26<br>Phone: (305) 295-0330 |

Amended Effective: 11/02/06

| | | |
|---|---|---|
| 03512 | J & S Cypress, Inc.<br>28625 SR 46,<br>Sorrento, FL 32776 | FEIN: 59-3033316<br>SIC:<br>NAIC: 444110<br>Number of Employees: 13<br>Phone: |
| 03519 | S & W Crane, Inc.<br>3007 E. Main St.,<br>Lakeland, FL 33801 | FEIN: 59-3537796<br>SIC:<br>NAIC: 236220<br>Number of Employees: 16<br>Phone: |

Deleted Effective: 06/15/06

**WC 00 00 AL**
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 37                                                                          Schedule Page: 35 o

### A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

03528    MJM Landscape Co., Inc.              FEIN: 59-3053277
         1707 E. Semoran Blvd.,               SIC:
         Apopka, FL 32703                     NAIC:  561730
                                              Number of Employees: 7
                                              Phone:

03546    Brent Dorsch Plastering             FEIN: 06-1731099
         1473 Lombard St. N .W.,              SIC:
         Palm Bay, FL 32907                   NAIC:  238140
                                              Number of Employees: 4
                                              Phone:

03547    William E. Raikes III, Attny.       FEIN: 26-1889043
         302 S. Second St., Suite 101         SIC:
         Fort Pierce, FL 34950                NAIC:  541110
                                              Number of Employees: 1
                                              Phone:

03556    Deluxe Security, Inc.               FEIN: 59-2944138
         1645 San Marco Blvd.,                SIC:
         Jacksonville, FL 32207               NAIC:  922120
                                              Number of Employees: 139
                                              Phone:
                                                        Deleted Effective: 12/29/06

**WC 00 00 AL**
   Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 38

Schedule Page: 36 of

## A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 03562 | Shipping Depot<br>3280 South Atlantic Ave., Suite C<br>Daytona Beach, FL 32115 | FEIN: 59-3239460<br>SIC:<br>NAIC:  339113<br>Number of Employees: 5<br>Phone: |
|---|---|---|
| 03630 | Adv Concrete Pumping of  Ocala<br>PO Box 249,<br>Belleview, FL 34421 | FEIN: 59-3527528<br>SIC:<br>NAIC:  238110<br>Number of Employees: 7<br>Phone: |
| 03634 | Palm Haven/Hidden Pine Homes<br>1840 SW 31st Ave.,<br>Ocala, FL 34474 | FEIN: 01-0423134<br>SIC:<br>NAIC:  623110<br>Number of Employees: 19<br>Phone: |
| 03648 | Mr. Speedy Car Wash<br>322 Blanding Blvd.,<br>Orange Park, FL 32073 | FEIN: 59-3565707<br>SIC:<br>NAIC:  811111<br>Number of Employees: 14<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL 33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 39                                                                          Schedule Page: 37 of 321

A D D I T I O N A L      L O C A T I O N S      S C H E D U L E

| 03719 | Superior Granite & Marble, Inc.<br>750 Washburn Rd.,<br>Melbourne, FL 32934 | FEIN: 59-3557528<br>SIC:<br>NAIC:  238310<br>Number of Employees: 11<br>Phone: |
|---|---|---|
| 03739 | Bruce Ferguson, Contractor<br>9 Carl Ave.,<br>Sebastian, FL 32958 | FEIN: 26-7905053<br>SIC:<br>NAIC:  561499<br>Number of Employees: 4<br>Phone: |
| 03759 | Amber Acres Farm/Ranch Supply<br>1629 W. King St.,<br>Cocoa, FL 32926 | FEIN: 59-3199629<br>SIC:<br>NAIC:  424910<br>Number of Employees: 10<br>Phone: |
| 03775 | Lubestar Truck Sales, Inc.<br>2091 Sprint Blvd.,<br>Apopka, FL 32703 | FEIN: 59-3444094<br>SIC:<br>NAIC:  336111<br>Number of Employees: 15<br>Phone: |

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 38 of

Policy Page: 40

### ADDITIONAL   LOCATIONS   SCHEDULE

| 03789 | Affordable Tire, Inc.<br>6053 Edgewater Dr.,<br>Orlando, FL 32810 | FEIN: 59-2961698<br>SIC:<br>NAIC: 811111<br>Number of Employees: 10<br>Phone: |
|---|---|---|
| 03793 | Reschke Construction<br>2474 Thornton Rd.,<br>Zolfo Springs, FL 33890 | FEIN: 65-0354298<br>SIC:<br>NAIC: 236115<br>Number of Employees: 7<br>Phone: |
| 03839 | Brian Vadney Construction, Inc.<br>242 San Remo Rd. S.W.,<br>Palm Bay, FL 32908 | FEIN: 59-3375103<br>SIC:<br>NAIC: 236115<br>Number of Employees: 11<br>Phone: |
| 03841 | Sports Towing & Storage, Inc.<br>4850 Orange Ave.,<br>Fort Pierce, FL 34947 | FEIN: 65-0310171<br>SIC:<br>NAIC: 484110<br>Number of Employees: 15<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 39 of 321

Policy Page: 41

## ADDITIONAL   LOCATIONS   SCHEDULE

| 03841-1 | Sports Towing & Storage, Inc.<br>440 NW Market Place,<br>Port Saint Lucie, FL 34986 | FEIN: 65-0310171<br>SIC:<br>NAIC: 484110<br>Number of Employees: 13<br>Phone: |
|---|---|---|

Added Effective: 05/09/06

| 03846 | Highlands County Vault Co., Inc.<br>5238 CR 64 E.,<br>Fort Pierce, FL 34947 | FEIN: 59-2662536<br>SIC:<br>NAIC: 531110<br>Number of Employees: 13<br>Phone: |
|---|---|---|

| 03864 | Zackery Masonry and Concrete<br>300 SW 28th Ave,<br>Silver Springs, FL 34489 | FEIN: 26-3274799<br>SIC:<br>NAIC: 238110<br>Number of Employees: 8<br>Phone: |
|---|---|---|

Amended Effective: 01/01/06

| 03896 | Alemap, Inc.<br>13157 Zarbis Dr.,<br>Spring Hill, FL 34609 | FEIN: 59-3432960<br>SIC:<br>NAIC: 237310<br>Number of Employees: 18<br>Phone: |
|---|---|---|

**WC 00 00 AL**
  Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 42

Schedule Page: 40 c

### ADDITIONAL   LOCATIONS   SCHEDULE

| 03897 | General Glass & Window, Inc.<br>3646 23rd Ave. S# 105,<br>Lake Worth, FL 33461 | FEIN: 65-0024744<br>SIC:<br>NAIC:  444120<br>Number of Employees: 38<br>Phone: |
|---|---|---|
| 03899 | Gillespie Builders, Ltd.<br>7050 1st St. SW,<br>Vero Beach, FL 32968 | FEIN: 20-0728746<br>SIC:<br>NAIC:  238130<br>Number of Employees: 9<br>Phone: |
| 03902 | Sophia Kids Learning Center<br>1537 S. Central Ave.,<br>Apopka, FL 32703 | FEIN: 59-3368655<br>SIC:<br>NAIC:  624410<br>Number of Employees: 6<br>Phone: |
| 03915 | Sam Albritton Electrical Svc.<br>107 Grapefruit St.,<br>Wauchula, FL 33873 | FEIN: 65-0545957<br>SIC:<br>NAIC:  238210<br>Number of Employees: 7<br>Phone: |

**WC 00 00 AL**
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1. AEM, Inc.
   8095 NW 12th St
   Suite 301
   Miami, FL 33126-

   FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL 32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 43

Schedule Page: 41 of 32

### ADDITIONAL    LOCATIONS    SCHEDULE

03918   Po' Boys Creole Caf e/College
        224 E. College Ave.,
        Tallahassee, FL 32301

FEIN: 59-3149653
SIC:
NAIC: 711110
Number of Employees: 81
Phone:
                Deleted Effective: 05/05/06

03919   Po Boys' Creole Caf e/Pensacola
        224 E. College Ave.,
        Tallahassee, FL 32301

FEIN: 59-3149653
SIC:
NAIC: 722110
Number of Employees: 66
Phone:
                Deleted Effective: 05/05/06

03923   Cici's Pizza
        3830 Nova Rd., Suite B
        Daytona Beach, FL 32127

FEIN: 59-3453859
SIC:
NAIC: 722110
Number of Employees: 83
Phone:

03955   M.Y. Land Services, Inc.
        8233 Gator Lane, Suite 16
        West Palm Beach, FL 33411

FEIN: 65-0746918
SIC:
NAIC: 561730
Number of Employees: 43
Phone:

**WC 00 00 AL**
   Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

### Standard Workers' Compensation
### and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 42 of 321

Policy Page: 44

### ADDITIONAL    LOCATIONS    SCHEDULE

| 03963 | Mythical Metals, Inc.<br>PO Box 401,<br>Windermere, FL 34786 | FEIN: 59-3528886<br>SIC:<br>NAIC:  448310<br>Number of Employees: 14<br>Phone: |
|---|---|---|
| 03980 | Holder Construction<br>3925 Toby Avenue,<br>Malabar, FL 32950 | FEIN: 59-3734770<br>SIC:<br>NAIC:  238140<br>Number of Employees: 7<br>Phone: |

Amended Effective: 05/06/06

| 04080 | Intracoastal Printing<br>2010 St. Lucie Blvd.,<br>Fort Pierce, FL 34946 | FEIN: 65-0072452<br>SIC:<br>NAIC:  323117<br>Number of Employees: 9<br>Phone: |
|---|---|---|
| 04088 | Davis Asphalt Transport Co., Inc.<br>59 Bahia Trace Course,<br>Ocala, FL 34472 | FEIN: 59-3576922<br>SIC:<br>NAIC:  484110<br>Number of Employees: 2<br>Phone: |

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 45

Schedule Page: 43 o

A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 04114 | The Screen Dr. of Cent. Fl. Inc.<br>1010 Bunnell Rd.,<br>Altamonte Springs, FL 32714 | FEIN: 59-3663501<br>SIC:<br>NAIC:  238160<br>Number of Employees: 70<br>Phone:<br>Deleted Effective: 08/28/06 |
|---|---|---|
| 04155 | J & E Doors, Inc.<br>1605 Martin Luther King Blvd.,<br>Sebring, FL 33870 | FEIN: 02-0594795<br>SIC:<br>NAIC:  238220<br>Number of Employees: 3<br>Phone: |
| 04156 | The Chicken Koop Cafe-Mgmt.<br>2201 Ribault Scenic Dr.,<br>Jacksonville, FL 32208 | FEIN: 59-3330850<br>SIC:<br>NAIC:  711110<br>Number of Employees: 1<br>Phone: |
| 04186 | Humane Society of Highlands Co.<br>7321 Haywood Taylor Blvd.,<br>Sebring, FL 33876 | FEIN: 59-1104159<br>SIC:<br>NAIC:  541940<br>Number of Employees: 12<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.   AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 46

Schedule Page: 44 of 321

### A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 04187 | Super Chem, Inc.<br>1801 East Ave. North,<br>Sarasota, FL 34234 | FEIN: 59-1637914<br>SIC:<br>NAIC:  485310<br>Number of Employees: 20<br>Phone: |
|---|---|---|
| 04192 | Central Florida Irrigation, Inc.<br>106 Hwy 630 W.,<br>Frostproof, FL 33843 | FEIN: 59-3055339<br>SIC:<br>NAIC:  236210<br>Number of Employees: 13<br>Phone: |
| 04192-2 | Central Florida Irrigation, Inc.<br>Central Florida Irrigation<br>106 West H Street,<br>Frostproof, FL 33843<br><br>Added Effective: 01/01/06 | FEIN: 59-3055339<br>SIC:<br>NAIC:  236210<br>Number of Employees: 0<br>Phone: |
| 04194 | Safe & Sound, Inc.<br>1265 Rockledge Blvd.,<br>Rockledge, FL 32955 | FEIN: 59-3490170<br>SIC:<br>NAIC:  238290<br>Number of Employees: 1<br>Phone: |

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 47

Schedule Page: 45 of 321

## ADDITIONAL  LOCATIONS  SCHEDULE

| 04225 | Larry Bossie Garage Door Serv.<br>1017 Indian Oaks West,<br>Daytona Beach, FL 32117 | FEIN: 59-2499626<br>SIC:<br>NAIC: 238220<br>Number of Employees: 3<br>Phone: |
|---|---|---|
| 04231 | Ward Brothers II, Inc.<br>201 Campbell Rd.,<br>Fort Pierce, FL 34945 | FEIN: 65-0935847<br>SIC:<br>NAIC: 238910<br>Number of Employees: 24<br>Phone: |
| 04237 | Treasure Coast Land Clearing<br>201 Campbell Rd.,<br>Fort Pierce, FL 34945 | FEIN: 65-0026598<br>SIC:<br>NAIC: 238910<br>Number of Employees: 67<br>Phone: |
| 04249 | David L. Brown Company<br>3725 Hwy. # 315,<br>Green Cove Springs, FL 32043 | FEIN: 26-5192739<br>SIC:<br>NAIC: 238910<br>Number of Employees: 4<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                 Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 48

Schedule Page: 46 of 32

### ADDITIONAL   LOCATIONS   SCHEDULE

| 04250 | Ocala Landscaping Management, Inc.<br>3045 SE 3rd Ave. Unit C,<br>Ocala, FL 34471 | FEIN: 59-3564793<br>SIC:<br>NAIC: 541320<br>Number of Employees: 43<br>Phone: |
|---|---|---|
| 04315 | Craft Electric Inc.<br>3210 SW 40th Blvd., Suite F<br>Gainesville, FL 32608 | FEIN: 59-3594719<br>SIC:<br>NAIC: 238210<br>Number of Employees: 8<br>Phone: |
| 04344 | Red Roof Inn<br>5621 Major Blvd.,<br>Orlando, FL 32819 | FEIN: 59-3506287<br>SIC:<br>NAIC: 721110<br>Number of Employees: 28<br>Phone:<br>Deleted Effective:09/27/06 |
| 04348 | Bayway Janitorial Services<br>636 Helvenston St.,<br>Live Oak, FL 32064 | FEIN: 59-2215683<br>SIC:<br>NAIC: 561720<br>Number of Employees: 44<br>Phone:<br>Deleted Effective:05/10/06 |

**WC 00 00 AL**
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 49

Schedule Page: 47 of

### ADDITIONAL   LOCATIONS   SCHEDULE

| 04366 | Earl's Hideaway Lounge<br>1405 Indian River Dr.,<br>Sebastian, FL 32958 | FEIN: 59-2274897<br>SIC:<br>NAIC:  722410<br>Number of Employees: 9<br>Phone:<br>Deleted Effective: 02/24/06 |
|---|---|---|
| 04371 | Four Seasons Services, Inc.<br>405 12th St. SW,<br>Vero Beach, FL 32962 | FEIN: 65-0789381<br>SIC:<br>NAIC:  487110<br>Number of Employees: 7<br>Phone: |
| 04399 | Back-Up Power Services, Inc.<br>1911 N. Orange Blossom Trail,<br>Orlando, FL 32804 | FEIN: 59-3015160<br>SIC:<br>NAIC:  334514<br>Number of Employees: 10<br>Phone: |
| 04421 | Eddie Clemons Masonry<br>2110 NW 55th St.,<br>Gainesville, FL 32605 | FEIN: 25-6135459<br>SIC:<br>NAIC:  238140<br>Number of Employees: 1<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>     8095 NW 12th St<br>     Suite 301<br>     Miami, FL 33126-<br><br>     FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 50

Schedule Page: 48

## A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 04435 | Dave Goodman Quality Painting<br>36 Barton Ave.,<br>Rockledge, FL 32955 | FEIN: 51-0488017<br>SIC:<br>NAIC: 237310<br>Number of Employees: 22<br>Phone:<br>Deleted Effective: 06/23/06 |
|---|---|---|
| 04448 | The Loop San Pablo<br>14444 Beach Blvd., # 51,<br>Jacksonville Beach, FL 32250 | FEIN: 59-3138153<br>SIC:<br>NAIC: 711110<br>Number of Employees: 85<br>Phone: |
| 04456 | Dusky's Sport Center, Inc.<br>110 N. Bryan Rd.,<br>Dania, FL 33004 | FEIN: 59-2690941<br>SIC:<br>NAIC: 339113<br>Number of Employees: 28<br>Phone: |
| 04458 | Rabud, Inc.<br>110 N. Bryan Rd.,<br>Dania, FL 33004 | FEIN: 59-1775570<br>SIC:<br>NAIC: 336612<br>Number of Employees: 5<br>Phone: |

**WC 00 00 AL**
Issue Date: 6/23/2010

Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 51                                                                                        Schedule Page: 49 of

ADDITIONAL   LOCATIONS   SCHEDULE

| 04518 | Frostproof Family Restaurant<br>133 S. Scenic Highway,<br>Frostproof, FL 33843 | FEIN: 26-7595611<br>SIC:<br>NAIC:  722110<br>Number of Employees: 36<br>Phone: |
|---|---|---|
| 04535 | Worden Realty<br>615 W. Main St.,<br>Avon Park, FL 33825 | FEIN: 26-6469878<br>SIC:<br>NAIC:  561410<br>Number of Employees: 1<br>Phone: |
| 04607 | Albrecht Irrigation, Inc.<br>134 NE Twylite Terrace,<br>Port Saint Lucie, FL 34983 | FEIN: 59-3691309<br>SIC:<br>NAIC:  238210<br>Number of Employees: 15<br>Phone: |

Amended Effective: 08/08/06          Deleted Effective: 11/20/06

| 04607-2 | Albrecht Irrigation, Inc.<br>Albrecht Irrigation, Inc.<br>491 NW Dover Court,<br>Port Saint Lucie, FL 34983 | FEIN: 59-3691309<br>SIC:<br>NAIC:  238210<br>Number of Employees: 1<br>Phone: |
|---|---|---|

Added Effective: 01/01/06          Amended Effective: 08/08/06          Deleted Effective: 11/20/06

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 52                                                                                 Schedule Page: 50 of

## A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 04610 | Doug & Lil's Potato Patch Restaurant<br>635 S. Woodland Blvd.,<br>Deland, FL 32720 | FEIN: 59-2269699<br>SIC:<br>NAIC:  711110<br>Number of Employees: 19<br>Phone: |
|---|---|---|
| 04618 | Absolute Comfort<br>369 Blanding Blvd. # 906,<br>Orange Park, FL 32073 | FEIN: 59-3551765<br>SIC:<br>NAIC:  238220<br>Number of Employees: 10<br>Phone: |
| 04620 | Pools By George, Inc.<br>9349 Denton Ave., Suite D9<br>Hudson, FL 34667 | FEIN: 59-3538897<br>SIC:<br>NAIC:  236220<br>Number of Employees: 13<br>Phone: |
| 04635 | Abel Nursing Agency, Inc.<br>1501 Robert J. Conlan Blvd,<br>Palm Bay, FL 32905 | FEIN: 59-3478121<br>SIC:<br>NAIC:  813920<br>Number of Employees: 87<br>Phone: |

Amended Effective: 04/11/06      Deleted Effective: 10/04/06

Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein: See Attached Schedule.

Schedule Page: 51
Policy Page: 53

### ADDITIONAL   LOCATIONS   SCHEDULE

| | | |
|---|---|---|
| 04646 | Domino's Pizza # 1<br>1005 N. Tampa St.,<br>Tampa, FL 33602 | FEIN: 59-3521657<br>SIC:<br>NAIC: 722110<br>Number of Employees: 52<br>Phone:<br>Deleted Effective: 06/26/06 |
| 04647 | Domino's Pizza # 2<br>3601 W. Kennedy Blvd., Suite A<br>Tampa, FL 33609 | FEIN: 59-3521657<br>SIC:<br>NAIC: 722110<br>Number of Employees: 23<br>Phone:<br>Deleted Effective: 06/26/06 |
| 04666 | Ringo Steen/Quality Concrete<br>9277 E. Moccassion Slough Rd.,<br>Inverness, FL 34450 | FEIN: 59-2829417<br>SIC:<br>NAIC: 238110<br>Number of Employees: 18<br>Phone: |
| 04674 | Tri Star Telecom<br>647 S. Commerce Ave.,<br>Sebring, FL 33870 | FEIN: 59-2878402<br>SIC:<br>NAIC: 339113<br>Number of Employees: 8<br>Phone: |

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL 33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 54                                                                                      Schedule Page: 52 c

A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 04686 | State Acoustical & Drywall Inc.<br>12422 Hull Rd.,<br>Clermont, FL 34711 | FEIN: 65-0324870<br>SIC:<br>NAIC: 238310<br>Number of Employees: 3<br>Phone: |
|---|---|---|
| 04710 | Triple Oaks Painting, Inc.<br>8248 S. Kimberly Circle,<br>Floral City, FL 34436 | FEIN: 59-3614471<br>SIC:<br>NAIC: 237310<br>Number of Employees: 9<br>Phone: |
| 04763 | Lighthouse Cafe<br>1500 S. Dixie Freeway,<br>New Smyrna Beach, FL 32168 | FEIN: 59-3535402<br>SIC:<br>NAIC: 711110<br>Number of Employees: 43<br>Phone: |
| 04774 | Shealey Flooring<br>131 N Cherry St, # 325<br>Starke, FL 32091 | FEIN: 59-3111568<br>SIC:<br>NAIC: 238330<br>Number of Employees: 2<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 55

Schedule Page: 53 of

ADDITIONAL     LOCATIONS     SCHEDULE

| 04779 | Abel Steel & Wood Fence, Inc<br>5606 Altman Rd,<br>Fort Pierce, FL 34981 | FEIN: 90-0055583<br>SIC:<br>NAIC: 236220<br>Number of Employees: 41<br>Phone: |
|---|---|---|
| 04783 | For Designers Only, Inc<br>4376 US 1,<br>Vero Beach, FL 32967 | FEIN: 59-3609440<br>SIC:<br>NAIC: 315211<br>Number of Employees: 4<br>Phone: |
| 04806 | Ocean Properties & Management<br>3506 S Atlantic Ave,<br>New Smyrna Beach, FL 32169 | FEIN: 59-2757295<br>SIC:<br>NAIC: 561720<br>Number of Employees: 15<br>Phone: |
| 04814 | Blue Point Fabrication<br>3340 Lillian Blvd,<br>Titusville, FL 32780 | FEIN: 59-3563744<br>SIC:<br>NAIC: 332812<br>Number of Employees: 23<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 56

Schedule Page: 54 of 321

### A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 04827 | Rosemary's Hallmark<br>6774 W Gulf Lake Hwy,<br>Crystal River, FL 34429 | FEIN: 59-3263669<br>SIC:<br>NAIC:  339113<br>Number of Employees: 2<br>Phone: |
|---|---|---|
| 04832 | Community Transit Inc<br>2344 Wabasso Avenue,<br>West Palm Beach, FL 33409 | FEIN: 65-0445710<br>SIC:<br>NAIC:  485113<br>Number of Employees: 38<br>Phone: (561) 795-5591 |

Amended Effective: 08/14/06

| 04835 | Noelke Citrus, Inc<br>1300 Hartman Rd,<br>Fort Pierce, FL 34947 | FEIN: 59-1997255<br>SIC:<br>NAIC:  115112<br>Number of Employees: 6<br>Phone: |
|---|---|---|
| 04842 | Acreage Aluminum, Inc<br>4912 Georgia Ave, # 8<br>West Palm Beach, FL 33405 | FEIN: 65-0818163<br>SIC:<br>NAIC:  238160<br>Number of Employees: 10<br>Phone: |

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL 33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 57

Schedule Page: 55 of 321

### ADDITIONAL LOCATIONS SCHEDULE

| 04864 | Hampton Golf, Inc<br>10739 Deerwood Park Blvd, Suite 300<br>Jacksonville, FL 32256 | FEIN: 59-3562871<br>SIC:<br>NAIC:  481219<br>Number of Employees: 3<br>Phone: |
|---|---|---|
| 04865 | H.G.I./G.C. at South Hampton<br>315 S Hampton Club Way,<br>Saint Augustine, FL 32092 | FEIN: 59-3605257<br>SIC:<br>NAIC:  481219<br>Number of Employees: 98<br>Phone: |
| 04869 | Lo Presti Speed Merchants<br>2620 Airport North Dr,<br>Vero Beach, FL 32960 | FEIN: 65-0295298<br>SIC:<br>NAIC:  336411<br>Number of Employees: 43<br>Phone: |
| 04878 | A Moments Notice Home Care<br>2440 SE Federal Hwy, Suite O<br>Stuart, FL 34994 | FEIN: 65-0975830<br>SIC:<br>NAIC:  813920<br>Number of Employees: 68<br>Phone: |

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 58                                                                    Schedule Page: 56 o

## A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

04882   Powerline Electric of Indian River          FEIN: 65-0131796
        7595 85th St,                                SIC:
        Vero Beach, FL 32967                         NAIC:  238210
                                                     Number of Employees: 11
                                                     Phone:

04892   Mike's Landscape Maintenance                FEIN: 65-0395558
        8525 55th Ave,                               SIC:
        Sebastian, FL 32958                          NAIC:  541320
                                                     Number of Employees: 23
                                                     Phone:

04900   Joanie's Diner, Inc                          FEIN: 59-3532867
        120 Broadway,                                SIC:
        Kissimmee, FL 34741                          NAIC:  711110
                                                     Number of Employees: 7
                                                     Phone:

04913   Pier 16                                      FEIN: 59-2795477
        1081 N Volusia Ave,                          SIC:
        Orange City, FL 32763                        NAIC:  711110
                                                     Number of Employees: 89
                                                     Phone:

WC 00 00 AL
  Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 59                                                                                              Schedule Page: 57 of 321

A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 04914 | Vulcan Pest Control<br>8254-12 Bama Lane,<br>West Palm Beach, FL 33411 | FEIN: 59-2687723<br>SIC:<br>NAIC: 561720<br>Number of Employees: 15<br>Phone: |
|---|---|---|
| 04936 | Creative Kitchen Center, Inc<br>680 Farmers Market Rd,<br>Fort Pierce, FL 34982 | FEIN: 59-2780863<br>SIC:<br>NAIC: 238130<br>Number of Employees: 12<br>Phone:<br>Deleted Effective: 10/20/06 |
| 04941 | Bubba's Rock & Equipment<br>1245 S Jenkins Rd,<br>Fort Pierce, FL 34947 | FEIN: 65-0629602<br>SIC:<br>NAIC: 238910<br>Number of Employees: 16<br>Phone: |
| 04948 | Island Home Designs, Inc<br>7093 Taylorwood Dr,<br>Lake Worth, FL 33467 | FEIN: 65-0853037<br>SIC:<br>NAIC: 561410<br>Number of Employees: 2<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 60

Schedule Page: 58 of 321

## A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 04982 | Popi-Polk City dba Andy's Igloo<br>703 3rd St SW,<br>Winter Haven, FL 33880 | FEIN: 59-3586582<br>SIC:<br>NAIC: 711110<br>Number of Employees: 53<br>Phone: |
|---|---|---|

| 04984 | Frazao Enterprises, Inc., dba Awnings Plus<br>925 W 15th St,<br>Riviera Beach, FL 33404 | FEIN: 65-0819271<br>SIC:<br>NAIC: 314912<br>Number of Employees: 33<br>Phone: |
|---|---|---|

| 04989 | Drake's Maintenance<br>1695 Griffin Rd,<br>Wauchula, FL 33873 | FEIN: 65-0994943<br>SIC:<br>NAIC: 312229<br>Number of Employees: 4<br>Phone: |
|---|---|---|

| 05061 | L D Contracting, Inc<br>5986 62nd Lane,<br>Vero Beach, FL 32967 | FEIN: 65-1082470<br>SIC:<br>NAIC: 236115<br>Number of Employees: 6<br>Phone:<br>Deleted Effective: 06/12/06 |
|---|---|---|

**WC 00 00 AL**
**Issue Date:** **6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 61

Schedule Page: 59 of 321

A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

05094       Gold Coast Pools
6101 Seagrape Dr,
Fort Pierce, FL 34982

FEIN: 01-5569255
SIC:
NAIC:  238990
Number of Employees: 2
Phone:
Deleted Effective: 10/16/06

05098       Graydawn Corp dba B J Signs
7614 Matoaka Rd,
Sarasota, FL 34243

FEIN: 65-0137454
SIC:
NAIC:  237310
Number of Employees: 6
Phone:

05112       Ordway Insurance, Inc
3131 SW College Rd, # 405
Ocala, FL 34474

FEIN: 65-0482983
SIC:
NAIC:  561410
Number of Employees: 4
Phone:

05114       Dennis Myers Contracting
P.O. Box 159,
Winter Beach, FL 32971

FEIN: 38-1748192
SIC:
NAIC:  238910
Number of Employees: 13
Phone:
Deleted Effective: 12/25/06

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 60 of

Policy Page: 62

# A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| | | |
|---|---|---|
| 05117 | Barney's Leather, Inc<br>438 N Beach St,<br>Daytona Beach, FL 32114 | FEIN: 59-3514402<br>SIC:<br>NAIC:  424310<br>Number of Employees: 8<br>Phone: |
| 05126 | Stevenson Roofing Company, Inc<br>7501 NW 4th St, Suite 212-D<br>Plantation, FL 33317 | FEIN: 65-0626913<br>SIC:<br>NAIC:  238160<br>Number of Employees: 15<br>Phone: |
| 05127 | Daniel Hendricks Trucking<br>33062 Corona Ridge,<br>Callahan, FL 32011 | FEIN: 26-4356807<br>SIC:<br>NAIC:  484110<br>Number of Employees: 4<br>Phone:<br>Deleted Effective: 06/09/06 |
| 05135 | A Quality Aluminum<br>3531 S 25th St,<br>Fort Pierce, FL 34981 | FEIN: 37-2808800<br>SIC:<br>NAIC:<br>Number of Employees: 2<br>Phone: |

**WC 00 00 AL**
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance

Extra

### Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 61 of

Policy Page: 63

# ADDITIONAL   LOCATIONS   SCHEDULE

| 05145 | Door Products, Inc<br>1701 Mill St,<br>Tallahassee, FL 32316 | FEIN: 59-2581125<br>SIC:<br>NAIC:  332117<br>Number of Employees: 32<br>Phone: |
|---|---|---|
| 05159 | Price Electric Contracting, Inc<br>520 E Alverdez Ave,<br>Clewiston, FL 33440 | FEIN: 65-0972023<br>SIC:<br>NAIC:  238210<br>Number of Employees: 9<br>Phone: |
| 05196 | M.E.B. Construction<br>760 Mimosa Ave,<br>Titusville, FL 32796 | FEIN: 59-3312320<br>SIC:<br>NAIC:  236115<br>Number of Employees: 11<br>Phone: |
| 05211 | AAMCO Transmission of Ft Pierce<br>3821 S US Hwy 1,<br>Fort Pierce, FL 34982 | FEIN: 59-3446628<br>SIC:<br>NAIC:  811111<br>Number of Employees: 5<br>Phone: |

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance

Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL 33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 64

Schedule Page: 62 of 321

### ADDITIONAL   LOCATIONS   SCHEDULE

| 05214 | James F Thomas Contractors<br>7020 SW 22nd Court, Unit D<br>Davie, FL 33317 | FEIN: 65-0270605<br>SIC:<br>NAIC: 238210<br>Number of Employees: 10<br>Phone: |
|---|---|---|
| 05222 | Mrs. Mobility, Inc<br>11163 Spring Hill Dr,<br>Spring Hill, FL 34609 | FEIN: 59-3491066<br>SIC:<br>NAIC: 338113<br>Number of Employees: 20<br>Phone:<br>Deleted Effective: 12/20/06 |
| 05227 | Anderson & Huston Painting, Inc<br>9105 Ellis Rd, Unit 5<br>Melbourne, FL 32904 | FEIN: 59-3223829<br>SIC:<br>NAIC: 238320<br>Number of Employees: 14<br>Phone: |
| 05245 | Sol Davis Printing<br>5205 N Lois Ave,<br>Tampa, FL 33614 | FEIN: 59-3324445<br>SIC:<br>NAIC: 323117<br>Number of Employees: 14<br>Phone: |

**WC 00 00 AL**
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL 33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL 32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 65

Schedule Page: 63 of 321

ADDITIONAL   LOCATIONS   SCHEDULE

05247       A-Plus Pest Control, Inc
            7501 Branch St,
            Hollywood, FL 33024

            FEIN: 65-0446319
            SIC:
            NAIC:  561720
            Number of Employees: 5
            Phone:

05254       Can Do! Service Corp
            PO Box 51-0361,
            Melbourne Beach, FL 32951

            FEIN: 59-3233531
            SIC:    08654
            NAIC:  524210
            Number of Employees: 3
            Phone:
                        Deleted Effective: 05/08/06

05274       Barr-None Electric
            3442 W Sunview Ln,
            Dunnellon, FL 34433

            FEIN: 65-0425842
            SIC:
            NAIC:  238210
            Number of Employees: 7
            Phone:

05283       Crosstown Cleaners
            226 Center St,
            Jupiter, FL 33458

            FEIN: 65-0672619
            SIC:
            NAIC:  811490
            Number of Employees: 9
            Phone:

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

## Standard Workers' Compensation
## and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Schedule Page: 64 of 321

Policy Page: 66

## ADDITIONAL    LOCATIONS    SCHEDULE

| 05302 | American Leak Detection<br>8233 Bay Tree Ln,<br>Jacksonville, FL 32256 | FEIN: 58-2192786<br>SIC:<br>NAIC:  561720<br>Number of Employees: 4<br>Phone: |
|---|---|---|
| 05303 | Budget Inn of Sanford<br>3200 S Orlando Dr,<br>Sanford, FL 32773 | FEIN: 59-3111325<br>SIC:<br>NAIC:  721110<br>Number of Employees: 47<br>Phone: |
| 05314 | Dennis Williams, Inc<br>38744 Hwy 54 East,<br>Zephyrhills, FL 33542 | FEIN: 59-3395789<br>SIC:<br>NAIC:  238210<br>Number of Employees: 46<br>Phone:<br>          Deleted Effective: 06/06/06 |
| 05321 | Sod Rite, Inc<br>7065 21st St SW,<br>Vero Beach, FL 32968 | FEIN: 59-5202677<br>SIC:<br>NAIC:  561730<br>Number of Employees: 23<br>Phone: |

**WC 00 00 AL**
  Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 67

Schedule Page: 65 of 321

ADDITIONAL   LOCATIONS   SCHEDULE

| 05326 | Professional Painting<br>5300 Aragon Ave,<br>De Leon Springs, FL 32130 | FEIN: 90-0195872<br>SIC:<br>NAIC:  238320<br>Number of Employees: 2<br>Phone: |
|---|---|---|
| 05331 | Debary Mower & Repair, Inc<br>1104 Shadick Dr,<br>Orange City, FL 32763 | FEIN: 59-3086142<br>SIC:<br>NAIC:  452990<br>Number of Employees: 15<br>Phone: |
| 05333 | Capital Quality Buildings, Inc<br>200 Capital Cir SW,<br>Tallahassee, FL 32305 | FEIN: 59-3049254<br>SIC:<br>NAIC:  238130<br>Number of Employees: 9<br>Phone: |
| 05334 | The Barrton Apartments<br>555 SE 6th Ave,<br>Delray Beach, FL 33483 | FEIN: 59-1387645<br>SIC:<br>NAIC:  561720<br>Number of Employees: 9<br>Phone: |

WC 00 00 AL
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

NAME AND ADDRESS OF INSURED                          AGENT

1.   AEM, Inc.                          Lighthouse Programs, LLC
     8095 NW 12th St                    301 East Pine Street, Ste 350
     Suite 301                          Orlando, FL 32801-
     Miami, FL 33126-

     FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 68                                                      Schedule Page: 66 of 321

A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

05336       Super 8 Motel                        FEIN: 59-3293200
            2992 W International Speedway,        SIC:
            Daytona Beach, FL 32124              NAIC: 721110
                                                 Number of Employees: 78
                                                 Phone:

05337       Days Inn/Scottish Inn                FEIN: 59-3099506
            1608 N US Hwy 1,                      SIC:
            Ormond Beach, FL 32174               NAIC: 721110
                                                 Number of Employees: 31
                                                 Phone:

05340       Bobby Foley Mobile Repair, Inc       FEIN: 59-3556181
            1639 Rowe Ave,                        SIC:
            Jacksonville, FL 32208               NAIC: 811111
                                                 Number of Employees: 15
                                                 Phone:

05344       Rob Tripson, Inc                      FEIN: 65-1138524
            5000 12th St,                         SIC:
            Vero Beach, FL 32966                 NAIC: 115115
                                                 Number of Employees: 3
                                                 Phone:
                         Amended Effective: 04/06/06

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance            Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126- | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

FEIN: 592720545

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 69

Schedule Page: 67 of 321

## ADDITIONAL  LOCATIONS  SCHEDULE

| 05349 | Wayne Crawford Trucking<br>13625 107th St,<br>Fellsmere, FL 32948 | FEIN: 07-0501439<br>SIC:<br>NAIC:  561499<br>Number of Employees: 3<br>Phone: |
|---|---|---|
| 05358 | Hollywood Atlantic Real Estate<br>1730 E Commercial Blvd,<br>Fort Lauderdale, FL 33334 | FEIN: 65-0847134<br>SIC:<br>NAIC:  561720<br>Number of Employees: 3<br>Phone: |
| 05364 | Independent Lawn Care/Lanscaping<br>2321 Sweetwater Dr,<br>Fort Pierce, FL 34981 | FEIN: 12-7546156<br>SIC:<br>NAIC:  487110<br>Number of Employees: 3<br>Phone: |
| 05375 | Cypress Village Condominium<br>7240 Miami Lakes Dr,<br>Miami Lakes, FL 33014 | FEIN: 59-1958968<br>SIC:<br>NAIC:  561720<br>Number of Employees: 10<br>Phone: |

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 70                                                                                       Schedule Page: 68 of 321

## ADDITIONAL  LOCATIONS  SCHEDULE

| | | |
|---|---|---|
| 05378 | Lisa Furniture Corp<br>1050 E 15th St,<br>Hialeah, FL 33010 | FEIN: 59-2294853<br>SIC:<br>NAIC: 332117<br>Number of Employees: 19<br>Phone: |
| 05413 | Lighthouse Electric Service<br>2425 Lacourt Lane,<br>Malabar, FL 32950 | FEIN: 59-5302095<br>SIC:<br>NAIC: 238210<br>Number of Employees: 16<br>Phone:<br>Deleted Effective:03/06/06 |
| 05416 | Earthworks LLC dba Earthquake<br>1440 Tallapoosa Dr,<br>Geneva, FL 32732 | FEIN: 00-0000000<br>SIC:<br>NAIC: 238910<br>Number of Employees: 27<br>Phone:<br>Deleted Effective:01/01/06 |
| 05431 | Heritage Funding Group<br>699 Mason Ave,<br>Daytona Beach, FL 32117 | FEIN: 59-3664877<br>SIC:<br>NAIC: 493110<br>Number of Employees: 30<br>Phone:<br>Deleted Effective:09/01/06 |

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                Extra

**Standard Workers' Compensation
and Employers' Liability Policy**

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL  33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL  32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 71                                                                                    Schedule Page: 69 of

## A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 05468 | B & L Tire Sales<br>3401 Hwy 98 S,<br>Lakeland, FL 33803 | FEIN: 59-2105963<br>SIC:<br>NAIC:  811111<br>Number of Employees: 8<br>Phone: |
|---|---|---|
| 05478 | PD Trucking, Inc<br>1624 Twin Lakes Dr,<br>Gotha, FL 34734 | FEIN: 65-0558613<br>SIC:<br>NAIC:  484110<br>Number of Employees: 18<br>Phone: |
| 05488 | Philip Del Mare, Inc<br>1080 Reed Canal Rd,<br>Daytona Beach, FL 32119 | FEIN: 59-3167271<br>SIC:<br>NAIC:  337122<br>Number of Employees: 5<br>Phone: |
| 05503 | Hickey Excavation, Inc<br>11175 Tam O'Shanter Blvd,<br>Sebring, FL 33875 | FEIN: 59-3136508<br>SIC:<br>NAIC:  238910<br>Number of Employees: 46<br>Phone: |

WC 00 00 AL
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL 33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL 32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.
Policy Page: 72

Schedule Page: 70 c

## A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

05512      Advanced Cabinets & Counters
           741 NW 54th St,
           Miami, FL 33127

FEIN: 65-0814562
SIC:
NAIC:  238130
Number of Employees: 3
Phone:
                    Deleted Effective: 05/09/06

05519      S & B Machine, Inc
           301 Recycle Rd,
           Deland, FL 32724

FEIN: 01-0756557
SIC:
NAIC:  332710
Number of Employees: 11
Phone:

05527      Alan Group/Senior Care Plans
           1601 N Palm Ave, # 306
           Pembroke Pines, FL 33082

FEIN: 65-0936957
SIC:
NAIC:  581410
Number of Employees: 3
Phone:

05538      Alan's Bicycle Center
           2020 Commerce Avenue,
           Prospect, VA 23960

FEIN: 65-0768045
SIC:
NAIC:  444130
Number of Employees: 9
Phone:
           Amended Effective: 11/10/06

WC 00 00 AL
    Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL 33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL 32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 73

Schedule Page: 71 c

A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 05541 | JJM Services, Inc<br>12004 Miramar Pkwy,<br>Miramar, FL 33025 | FEIN: 65-0071271<br>SIC:<br>NAIC: 323117<br>Number of Employees: 9<br>Phone: |
|---|---|---|
| 05555 | Hamilton Stucco & Plastering<br>326 Emerson Dr N W,<br>Palm Bay, FL 32907 | FEIN: 59-3424315<br>SIC:<br>NAIC: 238140<br>Number of Employees: 6<br>Phone: |
| 05565 | Hennessey-Coyle dba White Wolf  Cafe<br>1829 N Orange Ave,<br>Orlando, FL 32804 | FEIN: 59-3125581<br>SIC:<br>NAIC: 711110<br>Number of Employees: 72<br>Phone:<br>Deleted Effective: 06/26/06 |
| 05568 | Indian River Trailers<br>4256 N US #1,<br>Fort Pierce, FL 34946 | FEIN: 65-0485134<br>SIC:<br>NAIC: 336111<br>Number of Employees: 5<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 74

Schedule Page: 72 of 321

### A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 05585 | Mr. Dunderbaks<br>2222A University Square Mall,<br>Tampa, FL 33612 | FEIN: 59-3524776<br>SIC:<br>NAIC:  711110<br>Number of Employees: 50<br>Phone: |
|---|---|---|
| 05591 | Kelley Drywall<br>13755 115th St,<br>Fellsmere, FL 32948 | FEIN: 59-2200372<br>SIC:<br>NAIC:  238310<br>Number of Employees: 3<br>Phone: |
| 05593 | Community Assoc. Mgmt Systems<br>314 NE 3rd St,<br>Boynton Beach, FL 33435 | FEIN: 65-0527468<br>SIC:<br>NAIC:  561720<br>Number of Employees: 43<br>Phone: |
| 05594 | Custom Lawn Service, Inc<br>314 NE 3rd St,<br>Boynton Beach, FL 33435 | FEIN: 59-2380947<br>SIC:<br>NAIC:  487110<br>Number of Employees: 61<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance          Extra

## Standard Workers' Compensation and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>     8095 NW 12th St<br>     Suite 301<br>     Miami, FL 33126-<br><br>     FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 75

Schedule Page: 73 of 321

### ADDITIONAL   LOCATIONS   SCHEDULE

| | | |
|---|---|---|
| 05601 | Wm. B. Ianiero Construction<br>1023 SW Catalina St,<br>Palm City, FL 34990 | FEIN: 14-5543823<br>SIC:<br>NAIC: 238130<br>Number of Employees: 4<br>Phone: |
| 05602 | John Shulhan Construction, Inc<br>2045 De Rosa Dr,<br>Vero Beach, FL 32960 | FEIN: 65-0735524<br>SIC:<br>NAIC: 236115<br>Number of Employees: 3<br>Phone: |
| 05604 | Hurricane Const. Clean-U p, Inc<br>8342 Sylvan Dr,<br>Melbourne, FL 32904 | FEIN: 59-3426661<br>SIC:<br>NAIC:  484110<br>Number of Employees: 7<br>Phone: |
| 05615 | Dennis Damato G en. Contr. Inc<br>430 NE 3rd St,<br>Crystal River, FL 34429 | FEIN: 59-3305751<br>SIC:<br>NAIC:  236115<br>Number of Employees: 4<br>Phone: |

**WC 00 00 AL**
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL  33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL  32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 76

Schedule Page: 74 of 321

A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

05617      Artic Air, Inc
           1501 St Johns Ave,
           Palatka, FL 32177

FEIN: 59-2195786
SIC:
NAIC: 238210
Number of Employees: 33
Phone:

05625      Stewart's Catering
           2106 NW 67th Pl, Suite 3
           Gainesville, FL 32653

FEIN: 59-3215228
SIC:
NAIC: 711110
Number of Employees: 101
Phone:

05641      Sunday Fitness Inc
           3008 W New Haven,
           Melbourne, FL 32904

FEIN: 59-3342649
SIC:
NAIC: 481219
Number of Employees: 26
Phone:

05644      Emerald Visions Lawn Care
           PO Box 600919,
           Jacksonville, FL 32260

FEIN: 59-3440022
SIC:
NAIC: 541320
Number of Employees: 3
Phone:

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance                Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 77

Schedule Page: 75 of 321

ADDITIONAL   LOCATIONS   SCHEDULE

| 05695 | Networks Services, Inc<br>1330 NW 6th St, Suite C<br>Gainesville, FL 32601 | FEIN: 59-3551551<br>SIC:<br>NAIC:  238210<br>Number of Employees: 11<br>Phone: |
|---|---|---|

| 05696 | Certified Collision Experts, Inc.<br>1217 S Federal Hwy,<br>Stuart, FL 34994 | FEIN: 59-3072826<br>SIC:<br>NAIC:  811121<br>Number of Employees: 34<br>Phone: |
|---|---|---|

Amended Effective: 06/23/06

| 05698 | Preferred Auto Inc-Stuart<br>757 B SE Monterey Rd,<br>Stuart, FL 34994 | FEIN: 65-0822238<br>SIC:<br>NAIC:  811121<br>Number of Employees: 8<br>Phone: |
|---|---|---|

| 05718 | Jack E. Young, Md, PA<br>2260 Old Hwy 441,<br>Mount Dora, FL 32757 | FEIN: 59-2753397<br>SIC:<br>NAIC:  621111<br>Number of Employees: 4<br>Phone: |
|---|---|---|

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1. AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein: See Attached Schedule.

Policy Page: 78

Schedule Page: 76 of

ADDITIONAL      LOCATIONS      SCHEDULE

| 05729 | Family Dentistry Inc<br>244 N Frederick Ave,<br>Daytona Beach, FL 32114 | FEIN: 59-3010531<br>SIC:<br>NAIC: 621111<br>Number of Employees: 16<br>Phone: |
|---|---|---|
| 05732 | Cold Remedy Air Conditioning<br>633 NE Horizon Lane,<br>Port Saint Lucie, FL 34983 | FEIN: 65-0496323<br>SIC:<br>NAIC: 238220<br>Number of Employees: 2<br>Phone: |
| 05747 | Stetson's Lawn Service<br>1504 Lake Dr,<br>Delray Beach, FL 33444 | FEIN: 65-0940639<br>SIC:<br>NAIC: 541320<br>Number of Employees: 11<br>Phone: |
| 05766 | Hampton Inn-Lakeland<br>4420 N Socrum Loop Rd,<br>Lakeland, FL 33809 | FEIN: 59-3425135<br>SIC:<br>NAIC: 721110<br>Number of Employees: 43<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 79

Schedule Page: 77 of 321

ADDITIONAL   LOCATIONS   SCHEDULE

| 05781 | Bee Hauling Services, Inc.<br>1532 Kingsely Ave, Suite 106<br>Orange Park, FL 32073 | FEIN: 59-3630660<br>SIC:<br>NAIC:  484110<br>Number of Employees: 23<br>Phone: |
|---|---|---|
| 05803 | Paintin' Place of Stuart<br>313 Albany Ave,<br>Stuart, FL 34994 | FEIN: 00-3448449<br>SIC:<br>NAIC:  237310<br>Number of Employees: 2<br>Phone: |
| 05807 | Isaac Construction, LLC<br>144 SW Waterford Ct, Suite 101<br>Lake City, FL 32025 | FEIN: 59-3714662<br>SIC:<br>NAIC:  237310<br>Number of Employees: 11<br>Phone: |

Amended Effective: 07/18/06

| 05811 | Alpha Garage Doors<br>20991 Powell Rd,<br>Dunnellon, FL 34431 | FEIN: 59-3307303<br>SIC:<br>NAIC:  238220<br>Number of Employees: 6<br>Phone: |
|---|---|---|

**WC 00 00 AL**
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 80

Schedule Page: 7

### ADDITIONAL   LOCATIONS   SCHEDULE

| 05815 | Capital Cabinets Inc<br>6040 Old Dixie Hwy,<br>Vero Beach, FL 32967 | FEIN: 65-0471947<br>SIC:<br>NAIC:   238130<br>Number of Employees: 28<br>Phone:<br>        Deleted Effective:09/21/06 |
|---|---|---|
| 05825 | Sea 2 River, Inc<br>310 E International Speedway,<br>Deland, FL 32724 | FEIN: 59-3658574<br>SIC:<br>NAIC:   711110<br>Number of Employees: 48<br>Phone: |
| 05839 | East Central Florida RC & D<br>2012 E Michigan St,<br>Orlando, FL 32806 | FEIN: 59-3523849<br>SIC:<br>NAIC:   541370<br>Number of Employees: 10<br>Phone: |
| 05845 | World Gym of Vero Beach<br>970 14th Lane,<br>Vero Beach, FL 32960 | FEIN: 65-1006328<br>SIC:<br>NAIC:   481219<br>Number of Employees: 7<br>Phone: |

**WC 00 00 AL**
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance                Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 81                                                                      Schedule Page: 79 of 321

### ADDITIONAL   LOCATIONS   SCHEDULE

05852        Quality Home Delivery, LLC          FEIN: 06-1663096
             1060 Francis St,                    SIC:
             Altamonte Springs, FL 32701         NAIC: 484110
                                                 Number of Employees: 10
                                                 Phone:

05860        Dulcie & Company Inc                FEIN: 65-0230322
             6753 Garden Rd, Suite 106           SIC:
             Riviera Beach, FL 33404             NAIC: 327420
                                                 Number of Employees: 3
                                                 Phone:

05867        Sprays Auto & Truck Repair Inc      FEIN: 59-3037559
             15226 Old Hwy 441,                  SIC:
             Tavares, FL 32778                    NAIC: 811111
                                                 Number of Employees: 6
                                                 Phone:

05871        Anthony Sullivan Construction       FEIN: 59-3105859
             15708 58th Terr,                    SIC:
             Live Oak, FL 32060                  NAIC: 238130
                                                 Number of Employees: 13
                                                 Phone:

**WC 00 00 AL**
**Issue Date:** 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>    8095 NW 12th St<br>    Suite 301<br>    Miami, FL 33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 82                                                                                   Schedule Page: 80 of 321

ADDITIONAL   LOCATIONS   SCHEDULE

| 05877 | Affordable Flowers<br>2811 SR 17N,<br>Sebring, FL 33870 | FEIN: 80-3404800<br>SIC:<br>NAIC:  453110<br>Number of Employees: 5<br>Phone:<br>Deleted Effective: 01/01/06 |
|---|---|---|
| 05886 | Ashton Septic Tanks, Inc<br>376 Cyclone Dr,<br>Fort Pierce, FL 34945 | FEIN: 59-4652820<br>SIC:<br>NAIC:  236210<br>Number of Employees: 3<br>Phone: |
| 05893 | Sundance Realty Inc/Century 21<br>1462 W Granada Blvd, Suite 215<br>Ormond Beach, FL 32174 | FEIN: 59-3319661<br>SIC:<br>NAIC:  561410<br>Number of Employees: 14<br>Phone: |
| 05900 | South Florida Concrete<br>PO Box 12010,<br>Fort Pierce, FL 34979 | FEIN: 59-2815146<br>SIC:<br>NAIC:  238110<br>Number of Employees: 10<br>Phone: |

WC 00 00 AL
Issue Date:  6/23/2010
Copyright 1987 National Council on Compensation Insurance                          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 83                                                                          Schedule Page: 81 of 321

## A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 05901 | Cast Electric Inc<br>731 Carriage Lake Way,<br>Vero Beach, FL 32968 | FEIN: 59-3256597<br>SIC:<br>NAIC: 238210<br>Number of Employees: 4<br>Phone: |
|---|---|---|
| 05934 | Statewide Custom Cabinets, Inc.<br>38535 Palm Grove Dr,<br>Zephyrhills, FL 33541<br><br>Added Effective: 06/21/06 | FEIN: 65-0970878<br>SIC:    1751sc<br>NAIC: 238350<br>Number of Employees: 7<br>Phone: |
| 05947 | Johnson Construction Co. Inc<br>13421 NE 226th Ave Rd,<br>Fort Mc Coy, FL 32134 | FEIN: 59-3227117<br>SIC:<br>NAIC: 238910<br>Number of Employees: 23<br>Phone: |
| 05953 | Southwide Industries, Inc<br>11707 Okeechobee Blvd,<br>Loxahatchee, FL 33470<br>Amended Effective: 06/07/06 | FEIN: 65-0857746<br>SIC:<br>NAIC: 238910<br>Number of Employees: 35<br>Phone: |

**WC 00 00 AL**
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 84                                                                 Schedule Page: 82 of 321

### A D D I T I O N A L     L O C A T I O N S     S C H E D U L E

| 05956 | Bender & Modlin Fire<br>2815-B Bolton Rd,<br>Orange Park, FL 32073 | FEIN: 59-3589264<br>SIC:<br>NAIC:  238210<br>Number of Employees: 36<br>Phone:<br>                    Deleted Effective: 12/31/06 |
|---|---|---|
| 05964 | Biscayne Environmental Inc<br>9620 NE 2nd Ave, Suite 209<br>Miami Shores, FL 33138 | FEIN: 65-0864147<br>SIC:<br>NAIC:  541370<br>Number of Employees: 5<br>Phone: |
| 05969 | Liquor Depot<br>2534 E Bearss,<br>Tampa, FL 33613 | FEIN: 59-3601586<br>SIC:<br>NAIC:  339113<br>Number of Employees: 7<br>Phone: |
| 05970 | Interstate Lounge<br>9403 N Nebraska Ave,<br>Tampa, FL 33612 | FEIN: 58-1897480<br>SIC:<br>NAIC:  339113<br>Number of Employees: 6<br>Phone: |

**WC 00 00 AL**
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 85                                                        Schedule Page: 83 of 321

A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 05972 | All City Plumbing/Drain Clean<br>5260 Commonwealth Ave,<br>Jacksonville, FL 32254 | FEIN: 59-3511920<br>SIC:<br>NAIC: 238220<br>Number of Employees: 3<br>Phone: |
|---|---|---|
| 05973 | VIP Liquors<br>6905 N Armenia,<br>Tampa, FL 33604 | FEIN: 65-0451207<br>SIC:<br>NAIC: 339113<br>Number of Employees: 9<br>Phone: |
| 05974 | John G Edwards dba Johnson Insurance<br>7215 Forest Oaks Blvd,<br>Spring Hill, FL 34606 | FEIN: 65-1003420<br>SIC:<br>NAIC: 561410<br>Number of Employees: 5<br>Phone: |
| 05978 | US Wrecking & Landclearing<br>9620 NE 2nd Ave, Suite 209<br>Miami Shores, FL 33138 | FEIN: 65-0945408<br>SIC:<br>NAIC: 238910<br>Number of Employees: 9<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33S14

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>    FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 86                                                                                    Schedule Page: 84 of

### ADDITIONAL   LOCATIONS   SCHEDULE

| 05986 | T Sheldon Maintenance Service<br>6550 Bay Shore Dr,<br>Saint Cloud, FL 34771 | FEIN: 59-2836412<br>SIC:<br>NAIC:  561720<br>Number of Employees: 4<br>Phone: |
|---|---|---|
| 05989 | Sure Cuts Lawn Care, Inc<br>970 Ocoee-Apopka Rd,<br>Apopka, FL 32703 | FEIN: 59-3614599<br>SIC:<br>NAIC:  487110<br>Number of Employees: 21<br>Phone:<br>            Deleted Effective: 10/24/06 |
| 05990 | St. Marks Ark<br>3976 Hendricks Ave,<br>Jacksonville, FL 32207 | FEIN: 59-6018404<br>SIC:<br>NAIC:  624410<br>Number of Employees: 46<br>Phone: |
| 05992 | Julius Graham<br>361 SW Grimaldo Terr,<br>Port Saint Lucie, FL 34984 | FEIN: 59-6543278<br>SIC:<br>NAIC:  238110<br>Number of Employees: 1<br>Phone:<br>            Deleted Effective: 07/05/06 |

**WC 00 00 AL**
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHCPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 87

A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

Schedule Page: 85 of 321

06054    F & C Plastering, Inc
1009 10th St,
Holly Hill, FL 32117

FEIN: 59-3498087
SIC:
NAIC: 238140
Number of Employees: 25
Phone:

06058    Bizarro Famous New York Pizza
4 Wavecrest Ave,
Indialantic, FL 32903

FEIN: 59-3186344
SIC:
NAIC: 711110
Number of Employees: 8
Phone:

06063    Sunset Harbor Marina & Restaurant
10333 SE Sunset Harbor Rd,
Summerfield, FL 34491

FEIN: 59-3664948
SIC:
NAIC: 711110
Number of Employees: 18
Phone:

06073    Bonefish Willy's Riverfront Grill
2459 Pineapple Ave,
Melbourne, FL 32935

FEIN: 59-3585343
SIC:
NAIC: 711110
Number of Employees: 38
Phone:

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance

Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSL_THPE 000080 02
Policy Period: 1/1/2006 to 1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 3351 4

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 88                                                                                    Schedule Page: 86 of 3

A D D I T I O N A L   L O C A T I O N S   S C H E D U L E

| 06078 | Wiggins Drywall Enterprise<br>4399 SE 110th St,<br>Ocala, FL 34476 | FEIN: 26-3139376<br>SIC:<br>NAIC:  238310<br>Number of Employees: 30<br>Phone: |
|---|---|---|
| 06085 | EWG Electric, Inc<br>699 SW Heather St,<br>Port Saint Lucie, FL 34983 | FEIN: 65-0733416<br>SIC:<br>NAIC:  238210<br>Number of Employees: 6<br>Phone: |
| 06096 | Signs Now of St. Augustine<br>1970 US 1 South,<br>Saint Augustine, FL 32086 | FEIN: 59-3647734<br>SIC:<br>NAIC:  323117<br>Number of Employees: 2<br>Phone: |
| 06098 | Re/Max Service Team<br>380 S Courtney Pkwy,<br>Merritt Island, FL 32952 | FEIN: 59-2773568<br>SIC:<br>NAIC:  561410<br>Number of Employees: 26<br>Phone: |

WC 00 00 AL
Issue Date: 6/23/2010
Copyright 1987 National Council on Compensation Insurance                          Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006  to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|

1.  AEM, Inc.
    8095 NW 12th St
    Suite 301
    Miami, FL  33126-

    FEIN: 592720545

Lighthouse Programs, LLC
301 East Pine Street, Ste 350
Orlando, FL  32801-

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 89                                                                                    Schedule Page: 87 of 321

## ADDITIONAL   LOCATIONS   SCHEDULE

06099     Real Estate Service Team
          380 S Courtney Pkwy,
          Merritt Island, FL 32952

FEIN: 59-2469859
SIC:
NAIC:  561410
Number of Employees: 2
Phone:

06101     Tavares Pre-School & Learning
          1201 E Alfred St,
          Tavares, FL 32778

FEIN: 59-3457294
SIC:
NAIC:  624410
Number of Employees: 20
Phone:

06107     Commercial Plumbing Systems Inc
          1900 N Orange Blossom Trail,
          Orlando, FL 32804

FEIN: 59-3263738
SIC:
NAIC:  238220
Number of Employees: 12
Phone:
                                        Deleted Effective: 05/03/06

06108     Regency Cleaners, Inc
          2410 S Federal Hwy,
          Stuart, FL 34994

FEIN: 65-0668254
SIC:
NAIC:  811490
Number of Employees: 18
Phone:

**WC 00 00 AL**
**Issue Date:  6/23/2010**
Copyright 1987 National Council on Compensation Insurance                    Extra

Standard Workers' Compensation
and Employers' Liability Policy

Policy Number: WSLTHPE 000080 02
Policy Period: 1/1/2006   to  1/1/2007
Coverage by: SUA Insurance Company
Producer Id: 2 / 8
Prev. Coverage: None
Carrier Id: 33514

| NAME AND ADDRESS OF INSURED | AGENT |
|---|---|
| 1.  AEM, Inc.<br>8095 NW 12th St<br>Suite 301<br>Miami, FL 33126-<br><br>FEIN: 592720545 | Lighthouse Programs, LLC<br>301 East Pine Street, Ste 350<br>Orlando, FL 32801- |

Locations - All usual work places of the insured at or from which operations covered by this policy are conducted at the above address unless otherwise stated herein:
See Attached Schedule.

Policy Page: 90

Schedule Page: 88 of 321

A D D I T I O N A L    L O C A T I O N S    S C H E D U L E

| 06128 | Sunshine Carpet Cleaning, Inc<br>11000 Pine Creek Ln,<br>Port Saint Lucie, FL 34986 | FEIN: 59-1452760<br>SIC:<br>NAIC:  811490<br>Number of Employees: 3<br>Phone:<br>Deleted Effective: 05/01/06 |
|---|---|---|
| 06143 | ABC Installation Service<br>1115 NW 4th Avenue,<br>Ocala, FL 34475 | FEIN: 26-4061938<br>SIC:<br>NAIC:  238130<br>Number of Employees: 13<br>Phone: |
| 06144 | JTE Drywall, Inc.<br>1569 Holly Oaks LK Road East,<br>Jacksonville, FL 32225 | FEIN: 59-3645590<br>SIC:<br>NAIC:  327420<br>Number of Employees: 10<br>Phone:<br>Deleted Effective: 03/31/06 |
| 06145 | Aquasource<br>1445 Agnes Avenue SE,<br>Palm Bay, FL 32909 | FEIN: 58-2348521<br>SIC:<br>NAIC:  561410<br>Number of Employees: 3<br>Phone: |

**WC 00 00 AL**
**Issue Date: 6/23/2010**
Copyright 1987 National Council on Compensation Insurance

Extra