# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MIRABILIS VENTURES, INC.,

Plaintiff,

v.                                                            Case No. 6:10-cv-00737-ACC-KRS

SPECIALTY UNDERWRITERSø
ALLIANCE INSURANCE COMPANY a/k/a
SUA INSURANCE COMPANY and
UNIVERSAL REINSURANCE COMPANY,
LTD.,

Defendants.
_____/

## PLAINTIFF'S AGREED MOTION FOR EXTENSION

Plaintiff/Counter-Defendant, Mirabilis Ventures, Inc., respectfully moves the Court for an extension, through 3 September 2010, to respond to the counterclaim filed by Defendant/Counter-Plaintiff, Specialty Underwritersø Alliance Insurance Company, and says:

1. SUA filed its counterclaim on 30 July 2010. Pursuant to Federal Rule of Civil Procedure Rule 12(a), Mirabilisø response is due by 20 August 2010.

2. SUAøs counterclaim consists of nine counts; involves complex issues, and includes a demand for an accounting and allegations of fraud.

3. Mirabalis requires more time to prepare its response to the counterclaim than is accorded by the Rule.

4. Mirabalis has conferred with counsel for SUA who has graciously agreed to the two-week extension sought.

WHEREFORE, Plaintiff/Counter-Defendant, Mirabalis Ventures, Inc., respectfully requests that the Court grant this motion and extend, to 3 September 2010, the deadline for it to file a response to SUAøs counterclaim.

>Respectfully submitted,
>
>/s/ Michael R. Morris
>Michael R. Morris
>Counsel for Mirabilis Ventures
>Florida Bar No. 70254
>Morris & Morris, P.A.
>777 S. Flagler Drive, Suite 800- West Tower
>West Palm Beach, Florida 33401
>Tel. 561.838.9811
>Fax. 561.828.9351
>E-mail: mrmorris@morris-morris.com

## CERTIFICATE OF SERVICE

I certify that on 20 August 2010 I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to the following: Kevin M. Lougachi, Esquire, Bollinger, Ruberry & Garvey, 500 West Madison Street, Suite 2300, Chicago, Illinois 60402.

>s/ Michael Morris