**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MIRABILIS VENTURES, INC.,

Plaintiff,

v.                                                              Case No. 6:10-cv-00737-ACC-KRS

SPECIALTY UNDERWRITERS'
ALLIANCE INSURANCE COMPANY a/k/a
SUA INSURANCE COMPANY and
UNIVERSAL REINSURANCE COMPANY,
LTD.,

Defendants.
_____/

**JOINT MOTION TO DEFER CASE MANAGEMENT MEETING**

Mirabilis Ventures, Inc. and Specialty Underwriters' Alliance Insurance Company jointly move the Court for an extension of time in which to have the Rule 3.05 case management meeting and say:

1.      Pursuant to Local Rule 3.05, counsel must meet within sixty days after service on any defendant or the first appearance by any defendant to have the case management meeting. SUA appeared in this matter by counsel on 30 June 2010. DE 7. Mirabilis believes that Defendant Universal[1] is an integral party to these proceedings and Mirabilis believes that conducting the case management meeting without it would be futile and would at the least require two such meetings after Universal is ultimately served with process.

2.      As between the two parties who have appeared in this litigation- Mirabilis and

---

[1] Pursuant to Mirabilis' separate motion to extend the time in which to serve Universal, Universal- a foreign company- has not been served yet.

SUA- Mirabilis' answer to SUA's counterclaim was filed on 3 September 2010 (DE 18), pursuant to the Court's order (DE 17) granting Mirabilis an extension of time in which to respond to the counterclaim. No discovery planning and case management discussion could reasonably occur until SUA's receipt and review of Mirabilis' response.

3.      In an effort to conserve resources and ensure that the case management meeting is meaningful and represents the positions and agreement of all parties, Mirabilis and SUA respectfully request an extension of time in which to have the required case management meeting. The parties submit that thirty days after service on Universal is made would provide sufficient time in which to conduct the meeting. In the alternative, the parties request an extension of thirty days from the date of filing this motion in which to meet for the purpose of having the case management conference.

WHEREFORE, Plaintiff/Counter-Defendant, Mirabalis Ventures, Inc., and Defendant/Counter-Plaintiff, Specialty Underwriters Alliance Insurance Company, respectfully request that the Court grant their motion and extend the period of time within which to have the required case management meeting for a period of thirty days after service is made on Defendant, Universal Reinsurance Company, Ltd., or in the alternative, for thirty days from the date this motion is filed.

Respectfully submitted,

| | |
|---|---|
| s/ Michael R. Morris | s/ Kevin M. Lougachi |
| Michael R. Morris | Kevin M. Lougachi |
| Counsel for Mirabilis | Counsel for SUA |
| Florida Bar No. 70254 | Florida Bar No. 15468 |
| Morris & Morris, P.A. | Bollinger, Ruberry, *et al*. |
| 777 S. Flagler Drive, Suite 800- West Tower | 500 W. Madison Street |
| West Palm Beach, Florida 33401 | Chicago, Illinois 60661 |
| Tel. 561.838.9811 | Tel. 312.466.8000 |
| Fax. 561.828.9351 | Fax. 312.466.8001 |
| mrmorris@morris-morris.com | Kevin. lougachi@brg-law.net |

## CERTIFICATE OF SERVICE

I certify that on 8 September 2010 I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to the following: Kevin M. Lougachi, Esquire, Bollinger, Ruberry & Garvey, 500 West Madison Street, Suite 2300, Chicago, Illinois 60402.

s/ Michael Morris