**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

**-vs-**                                     **Case No. 6:10-cv-737-Orl-22KRS**

**SPECIALTY UNDERWRITERS'**
**ALLIANCE INSURANCE COMPANY a/k/a**
**SUA INSURANCE COMPANY,**
**UNIVERSAL RE-INSURANCE COMPANY,**
**LIMITED,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO WITHDRAW (Doc. No. 28)**
>
> **FILED:**      **October 1, 2010**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Michael R. Morris, Esq., and the law firm of Morris & Morris, P.A., are hereby relieved of their obligation to represent Plaintiff Mirabilis Ventures, Inc. in this matter. Plaintiff will continue to be represented by other counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE