

REGISTRAR'S CHAMBERS
**SUPREME COURT**
**113 FRONT STREET**
HAMILTON HM 12, BERMUDA

A/26

1st October, 2010

The Registrar
Deputy Governor's Office
Government House
Langton Hill
Pembroke

Dear Sir,

**Re: Foreign Service**
Case No.: (10SC00046)

**UNIVERSAL RE-INSURANCE CO. LTD**
**WINDSOR PLACE 2ND FLOOR**
**22 QUEEN STREET**
**HAMILTON HM 11**
**BERMUDA**

-------------------------------------------

Service has been completed on the above matters in the usual manner. Please find enclosed Affidavit of Service, certificate and a copy of the documents.

Yours faithfully,

p [signature]
REGISTRAR

CAS/am



# IN THE SUPREME COURT OF BERMUDA

Action No. _10 SC 00046_

Underwriters Alliance Insurance Co. _____ Plaintiff

UNIVERSAL RE INSURANCE CO. LTD _____ Defendant

**AFFIDAVIT OF SERVICE**

I, _Ronald K Smith_

of Bermuda, Hamilton, Bermuda, _____, Bailiff of the Supreme Court

MAKE OATH and say as follows:-

On the _25th_ day of _August_, 2010 at _4·15_ am/pm

I personally served (name of person) _Rocke / Munday (Receptionist/Administrator)_

with (list of documents) _Foreign Documents._

at (place of service) _22 Queen St., Hamilton_

in the Islands of Bermuda.

(delete if inappropriate)
. The person served is known to me personally. Or
. The person served identified himself/herself to be the person so-named above.

Sworn at the city of Hamilton in the Islands of Bermuda)
this _27th_ day of _August_ 2010  )   _Ronald K Smith_

Before me:
_____
A COMMISSIONER OF OATHS



REGISTRAR'S CHAMBERS
**SUPREME COURT**
**113 FRONT STREET**
HAMILTON HM 12, BERMUDA

A/26

17th August 2010,

Head Bailiff
Magistrates Court
Hamilton

Dear Sir,

<u>**Re: Foreign Service**</u>
Case No.: (please assign case no.) 10SC00046

**UNIVERSAL RE INSURANCE CO. LTD**
**WINDSOR PLACE 2ND FLOOR**
**22 ~~18~~ QUEEN STREET**
**HAMILTON HM 11**
**BERMUDA**

-----

The enclosed documents are to be served in the usual manner. Please return Affidavit of Service, Certificate and a copy of the above documents.

Yours faithfully,

REGISTRAR

CAS/am

Enc.

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - —the (date)
   - —*le (date)* __25-E August__
   - —at (place, street, number)
   - —*à (localité, rue numéro)* __22 Queens Street, Hamilton Bermuda__ __2nd Floor, Windsor Place__

   —in one of the following methods authorised by article 5—
   —*dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante :*

   ☑ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - —(identity and description of person)
   - —*(identité et qualité de la personne)* __Rackel Mundy__ __Receptionist / Administrator__
   - —relationship to the addressee (family, business or other):
   - —*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __Receptionist / Administrator__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Done at __Hamilton__, the __Bermuda__
*Fait à* __25-E August 2010__
Signature and/or stamp. __Ronald [signature]__
*Signature et/ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

2

*Delete if inappropriate.
*Rayer les mentions inutiles.*

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls **<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | The Registrar of the Supreme Court<br>Sessions House<br>2, Parliament Street<br>Hamilton, HM12<br>BERMUDA<br><br>Telephone: 809-292-1350 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

**Universal Re-Insurance Company, Ltd.**
**Windsor Place, 18 Queen Street**
**Hamilton, HM 11**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Done at Portland, Oregon, USA, the 6th day of Aug, 2010.
*Fait à Portland, Oregon, USA, le...*

Executed "Summary" (2 pages)
Summons in a Civil Action
Complaint, with Exhibits

Signature and/or stamp.
*Signature et/ou cachet*




L. Celeste Ingalls



* Delete if inappropriate
  *Rayer les mentions inutiles*

** Authorized applicant pursuant to Rule 4(c)(2)
   of the Federal Rules of Civil Procedure, Public Law 97-462

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** *Nom et adresse de l'autorité requérante:* | L. Celeste Ingalls<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205 |
| **Particulars of the parties*:** *Indentité des parties:* | Mirabilis Ventures, Inc. .................... PLAINTIFF<br>Specialty Underwriters' Alliance Insurance Company, et al. ............... DEFENDANTS |

## JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* To give notice to Defendant, Universal Re-Insurance Company, Ltd., of the institution against it of a claim for civil damages and to summon it to answer the claim.

**Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:**
*Nature et objet de l' instance, le cas échéant, le montant du litige:*

Civil claim alleging breach of contract and related actions. Plaintiff's claims include, but are not limited to, allegations that the Defendant breached their contract with Plaintiff by using unauthorized funds to make payment, causing plaintiff to suffer damages. Plaintiff seeks judgment for damages to be determined including, but not limited to, interest, costs of suit, and such other and further relief as the court deems just and proper.

| | |
|---|---|
| **Date and place for entering appearance**:** *Date et lieu de la comparution:* | N/A |
| **Court which has given judgment**:** *Juridiction qui a rendu la décision:* | N/A |
| **Date of judgment**:** *Date de la décision:* | N/A |

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:* Defendant is required to serve an ANSWER upon Plaintiff's attorney and file same ANSWER with the Court within twenty-one (21) days after receipt of the Summons in a Civil Action and other documents herein.

## EXTRAJUDICIAL DOCUMENT*
*ACTE EXTRAJUDICIAIRE*

| | |
|---|---|
| **Nature and purpose of the document:** *Nature et objet de l'acte:* | N/A |
| **Time limits stated in the document**:** *Indication des délias figurant dans l'acte:* | N/A |

* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

** Delete if inappropriate.
   *Rayer les mentions inutiles.*

## SUMMARY OF THE DOCUMENT TO BE SERVED
### PAGE 2 OF 2

*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,*
*signed at The Hague, the 15th of November 1965*
*(Article 5, fourth paragraph)*

**Identite et adresse du destinataire** / *Identity and address* of *the addressee* / --:

> **Universal Re-Insurance Company, Ltd.**
> **Windsor Place, 18 Queen Street**
> **Hamilton, HM 11**

### IMPORTANT

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE*

*SI VOS RESSOURCES SO NT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT*

*LES DEMAN DES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU lA CONSULTATION JURIDIQUE DANS lE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A:*

Legal Aid Society of the Orange County Bar Assn, Inc.
100 E Robinson Street
Orlando, FL 32801-1602
407-841-8310

### IMPORTANT

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULL Y IT MAY BE NECESSARY TO SEEK LEGAL ADVICE*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:*

Legal Aid Society of the Orange County Bar Assn, Inc.
100 E Robinson Street
Orlando, FL 32801-1602
407-841-8310

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Mirabilis Ventures, Inc. <br><br> *Plaintiff* <br> v. <br> Specialty Underwriters' Alliance Insurance Co. and Universal Re-Insurance Co., Ltd. <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 10cv737-ACC-KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Universal Re-Insurance Company, Ltd.
Windsor Place
18 Queen Street
Hamilton HM 11 BERMUDA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Layne Smith, Smith Brooks & Masterson, 2629 Mitcham Drive, Tallahassee, Florida 32308 and Michael R. Morris, Morris & Morris, 777 South Flagler Drive, Suite 800- West Tower, West Palm Beach, Florida 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court. SHERYL L. LOESCH

CLERK OF COURT

Date: 5/12/10

*Signature of Clerk or Deputy Clerk*