**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| **MIRABILIS VENTURES, INC.**, a Nevada Corporation, | ) ) ) |
| Plaintiff, | ) ) Case No. 6:10 CV-737-OR-18KRS |
| v. | ) ) ) |
| **SPECIALTY UNDERWRITERS' ALLIANCE INSURANCE COMPANY, a/k/a SUA INSURANCE COMPANY**, an Illinois Corporation, and **UNIVERSAL RE-INSURANCE COMPANY, LIMITED**, a Bermuda corporation, | ) ) ) ) ) ) ) ) |
| Defendants _____ | ) ) ) |
| **CASTLEPOINT NATIONAL INSURANCE COMPANY, f/k/a SUA INSURANCE COMPANY**, an Illinois Corporation | ) ) ) ) ) |
| Counter-Plaintiff, | ) ) |
| v. | ) ) |
| **MIRABILIS VENTURES, INC.**, a Nevada Corporation, | ) ) ) |
| Counter-Defendant. _____ | ) ) |

**DEFENDANT/COUNTER-PLAINTIFF CASTLEPOINT NATIONAL INSURANCE COMPANY'S REPLY TO MIRABILIS VENTURES, INC'S AFFIRMATIVE DEFENSES**

NOW COMES Defendant/Counter-Plaintiff CastlePoint National Insurance Company ("CastlePoint"), by and through its undersigned Counsel, and for its Reply To Plaintiff/Counter-Defendant Mirabilis Ventures, Inc's ("Mirabilis") Affirmative Defenses, states as follows:

1. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 1.

2. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 2.

3. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 3.

4. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 4.

5. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 5.

6. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 6.

7. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 7.

8. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 8.

9. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 9.

10. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 10.

11. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 11.

12. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 12.

13. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 13.

14. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 14.

15. CastlePoint denies each and every allegation set forth in Mirabilis's Affirmative Defense No. 15.

WHEREFORE Defendant/Counter-Plaintiff CastlePoint respectfully requests this Court enter judgment in its favor and against Plaintiff/Counter-Defendant Mirabilis and grant CastlePoint such further relief as the Court shall deem appropriate.

    /s/ Kevin M. Lougachi
Kevin M. Lougachi, Esq.
Florida Bar No. 15468
BOLLINGER, RUBERRY & GARVEY
500 W. Madison Ave., Ste. 2300
Chicago, IL 60661
312-466-8000
312-466-8001 – Fax
kevin.lougachi@brg-law.net
COUNSEL FOR CASTLEPOINT
NATIONAL INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that **DEFENDANT/COUNTER-PLAINTIFF CASTLEPOINT NATIONAL INSURANCE COMPANY'S REPLY TO MIRABILIS VENTURES, INC'S AFFIRMATIVE DEFENSES** was filed electronically on December 15, 2010, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Kevin M. Lougachi
Kevin M. Lougachi, Esq.
Florida Bar No. 15468
BOLLINGER, RUBERRY & GARVEY
500 W. Madison Ave., Ste. 2300
Chicago, IL 60661
312-466-8000
312-466-8001 – Fax
kevin.lougachi@brg-law.net
COUNSEL FOR CASTLEPOINT
NATIONAL INSURANCE COMPANY