**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC.,**

        **Plaintiff,**

-vs-                                                    Case No. 6:10-cv-737-Orl-22KRS

**SPECIALTY UNDERWRITERS'**
**ALLIANCE INSURANCE COMPANY**
**a/k/a SUA INSURANCE COMPANY,**
**UNIVERSAL RE-INSURANCE**
**COMPANY, LIMITED**

        **Defendants.**

## ORDER

It is **ORDERED** that the Clerk of Court shall strike Defendant/Counter-Plaintiff Castlepoint National Insurance Company's Reply to Mirabilis Ventures, Inc.'s Affirmative Defenses, Doc. No. 34. Federal Rule of Civil Procedure 7(a) specifically forbids replies to affirmative defenses unless authorized by the Court. The reply was neither requested nor authorized by the Court. Accordingly, the Court will not consider the document.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party