**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | | |
|---|---|---|
| MIRABILIS VENTURES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALTY UNDERWRITERS' ALLIANCE INSURANCE COMPANY a/k/a SUA INSURANCE COMPANY and UNIVERSAL REINSURANCE COMPANY, LTD.,<br><br>Defendants. | ) | Case No. 6:10-cv-00737-ACC-KRS |

**<u>STIPULATION REGARDING THE FILING OF AMENDED PLEADINGS AND RESPONSES</u>**

NOW COMES Plaintiff/Counter-Defendant Mirabilis Ventures, Inc. ("Mirabilis") and Defendant/Counter-Plaintiff, CastlePoint National Insurance Company ("CastlePoint"), by and through their respective counsel of record, and hereby stipulate and agree to the following:

1. Mirabilis has until February 20, 2011 to file any amended pleading(s);

2. CastlePoint has until March 14, 2011 to file any amended pleading(s) and response to Mirabilis' amended pleading(s);

3. The parties waive any requirement for court leave to be obtained relative to any amended pleading filed within the time periods set forth herein; and

4. The time period set forth in Rule 15(a)(3) is extended to 20 days.

WHEREFORE Plaintiff/Counter-Defendant Mirabilis and Defendant/Counter-Plaintiff CastlePoint stipulate and agree as set forth herein and request the Court enter an order consistent with the parties' stipulation.

Dated: January 28, 2011

/s/ J. Layne Smith, Esq.
Smith, Brooks and Masterson, P.L
2629 Mitcham Dr.
Tallahassee, FL 32308
JayLayne44@aol.com
Phone: (850)385-8000
Fax: (850)201-8000
COUNSEL FOR PLAINTIFF
MIRABILIS VENTURES, INC.

/s/ Kevin M. Lougachi
Kevin M. Lougachi, Esq.
BOLLINGER, RUBERRY & GARVEY
500 W. Madison Ave., Ste. 2300
Chicago, IL 60661
312-466-8000
312-466-8001 – Fax
kevin.lougachi@brg-law.net
COUNSEL FOR DEFENDANT
CASTLEPOINT NATIONAL
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that **STIPULATION REGARDING THE FILING OF AMENDED PLEADINGS AND RESPONSES** was filed electronically on January 28, 2011, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kevin M. Lougachi

Kevin M. Lougachi, Esq.
BOLLINGER, RUBERRY & GARVEY
500 W. Madison Ave., Ste. 2300
Chicago, IL 60661
312-466-8000
312-466-8001 – Fax
kevin.lougachi@brg-law.net
COUNSEL FOR DEFENDANT
CASTLEPOINT NATIONAL
INSURANCE COMPANY