# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MIRABILIS VENTURES, INC.,**
                              **Plaintiff,**

-vs-                                                    Case No.  **6:10-cv-737-Orl-22KRS**

**SPECIALTY UNDERWRITERS' ALLIANCE
INSURANCE COMPANY a/k/a Sua Insurance
Company,  and UNIVERSAL RE-INSURANCE
COMPANY, LIMITED,**
                              **Defendants.**
_____

## ORDER TO STRIKE

Notice of Intent to srve Subpoena for Documents (Document No. 42) was filed in the above-styled case.  It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below.  Therefore, the document is **ORDERED** stricken and the Clerk is directed to delete the document.  Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

**Non-Filing of Discovery Material:**

Requests for the production of documents and other things, matters disclosed pursuant to Fed.R.Civ.P. 26, and requests for admission, and answers and responses thereto, shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceeding. [Local Rule 3.03(d)]

DATED:        This 12th day of April, 2011 in Orlando, Florida


_____
*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE