UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC.,                    CASE NO. 6:10-cv-00737-ACC-KRS
a Nevada corporation,

Plaintiff,

v.

SPECIALTY UNDERWRITERS'
ALLIANCE INSURANCE COMPANY,
a/k/a SUA INSURANCE COMPANY,
an Illinois corporation, and UNIVERSAL
RE-INSURANCE COMPANY, LIMITED,
a Bermuda corporation,

Defendants.
_____/

## NOTICE OF FILING MOTION TO DESTROY RECORDS TO BE HEARD IN THE RELATED BANKRUPTCY PROCEEDING ALONG WITH HEARING NOTICE AND OBJECTION DEADLINE

PLEASE TAKE NOTICE that the attached *Motion to Destroy Records and Relocate Remaining Documents* was filed in the referenced bankruptcy case. A hearing on the *Motion to Destroy Records and Relocate Remaining Documents* (the "Motion") will be held on May 18, 2011 at 10:15 a.m. before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, in Courtroom B, 5th Floor, 135 West Central Blvd., Orlando, Florida 32801. Any objections to the Motion must be filed with the Bankruptcy court by May 13, 2011. Please review and participate accordingly.

Respectfully Submitted,


/s J. Layne Smith, Trial Counsel
J. Layne Smith
Florida Bar Number 712930
Smith, Brooks & Masterson, P.L.
2629 Mitcham Drive
Tallahassee, Florida 32308
Telephone No. 850.385.8000
Facsimile No. 850.201.8000
E-mail address jaylayne44@aol.com

## CERTIFICATE OF SERVICE

I certify that on April 26, 2011 I electronically filed the foregoing using the CM/ECF

system which will send a notice of electronic filing to the following: Kevin M. Lougachi,

Esquire and Edward Ruberry, Esquire, Bollinger, Ruberry & Garvey, 500 West Madison

Street, Suite 2300, Chicago, Illinois 60402.

UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,
HOTH HOLDINGS, LLC, and
AEM, INC.,

        Debtors.

CASE NO. 6:08-bk-04327-KSJ
CASE NO. 6:08-bk-04328-KSJ
CASE NO. 6:08-bk-04681-KSJ

CHAPTER 11
**Expedited Relief Requested**
**Hearing Requested by May 6, 2011**

_____/

## MOTION TO DESTROY RECORDS
## AND RELOCATE REMAINING DOCUMENTS

COMES NOW the Post-Confirmation Debtors in Liquidation, Mirabilis Ventures, Inc. ("Mirabilis"), Hoth Holdings, LLC ("Hoth"), and AEM, Inc. ("AEM) (collectively, "Debtors"), and move for the entry of an order authorizing the Debtors to (i) destroy certain documents and records; and (ii) pay all costs associated with the destruction of the documents and records.

### NOTICE

ANY PERSON OR ENTITY DESIRING TO INSPECT OR COPY ANY DOCUMENTS OR RECORDS DESCRIBED HEREIN MAY DO SO UPON REQUEST PRIOR TO THE HEARING ON THIS MOTION. IF YOU DESIRE TO INSPECT OR COPY ANY OF THE DOCUMENTS DESCRIBED HEREIN, CONTACT THE OFFICE OF R.W. CUTHILL, JR. (rcuthill@msn.com) TO A ARRANGE A TIME FOR SUCH INSPECTION. ANY PERSON OR ENTITY WHO BELIEVES THAT THE DOCUMENTS OR RECORDS MAY CONTAIN INFORMATION RELEVANT TO ANY POTENTIAL CLAIM OR DEFENSE SHOULD ARRANGE TO REVIEW AND COPY THE DOCUMENTS AND/OR OBJECT TO THE RELIEF REQUESTED IN THIS MOTION.

In support of the relief requested in this Motion, the Debtors state as follows:

1.     On May 27, 2008, this case was commenced by the filing of a voluntary petition ("Petition") under Chapter 11 of the United States Bankruptcy Code.[1]

2.     Prior to the filing of the Petition, former management was replaced by R.W. Cuthill, Jr., who continues to act as President of Mirabilis for purposes of carrying out the August 14, 2009 *Joint Amended Plan of Liquidation Pursuant to 11 U.S.C. § 1125 for Mirabilis Ventures, Inc., Hoth Holdings, LLC, and AEM, Inc.* (Doc. 234, "*Plan*"), as modified on October 15, 2009 (Doc. 371- Mirabilis, Doc. 115- Hoth, Doc. 133- AEM), and confirmed by the October 27, 2009 *Order Confirming Joint Amended Plan of Liquidation, as Modified, Submitted by Mirabilis Ventures, Inc., Hoth Holdings, LLC, and AEM, Inc.* (Doc. 375).

3.     Litigation involving the Debtors is currently ongoing, as contemplated by the confirmed *Plan*.

### JURISDICTION AND VENUE

4.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this case and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

5.     After Mr. Cuthill was appointed as President of the Debtors, the Debtors' documents and records were transported to 6869 Stapoint Ct., Ste. 200-A, Winter Park, FL 32792 ("LM Liquidators") for storage. The Debtors have been paying LM Liquidators to store and manage the documents and records for the past two years. The documents and records stored with LM Liquidators are voluminous and include a large amount of electronically stored information.

---

[1] 11 U.S.C. § 101 *et seq.* Al statutory references herein are to Title 11, unless otherwise indicated.

6.      The current lease with LM Liquidators expires on May 31, 2011. The Debtors have been informed that LM Liquidators will not continue their services after that date.

7.      The Debtors believe it is in best interests of the respective estates not to replace LM Liquidators. The Debtors intend to destroy about two-thirds of the documents, which are the detail payroll records for the four PEO's, which are currently being stored at LM Liquidators so as not to incur further costs to the estates for the storage of documents and records that do not appear to be relevant to any foreseeable claim or defense. As to the remaining documents, the Debtors intend to move the documents to a public storage facility.

8.      Since his appointment, Mr. Cuthill and his staff have reviewed numerous of the Debtors' documents and records, which are stored at LM Liquidators. These documents and records are in both paper and electronic form.

9.      The Debtors, in the exercise of their business judgment and pursuant to their statutory duties and powers, believe it is in the best interest of the respective estates to destroy all of the documents currently stored at LM Liquidators.

10.     The Debtors have located a third-party document destruction service to destroy the documents and records currently stored at LM Liquidators: Iron Mountain.

11.     Upon the entry of an Order of the Court authorizing the destruction of the documents, the Debtors and Iron Mountain will enter into an agreement to destroy the documents and records at LM Liquidators. The documents and records will remain at LM Liquidators until the Court authorizes their destruction or otherwise directs their disposition.

12.     The Debtors submit that the fees associated with the storage and destruction costs are reasonable and in line with customary charges for such services. Additionally, the Debtors

submit that it would be in the best interest of the respective estates to pay these fees to avoid any further storage charges which may accrue.

13.    The Debtors have contacted I. Randall Gold, Assistant United States Attorney for the Middle District of Florida, who has intervened in this case.  The Debtors have received no response from Mr. Gold.

14.    In the event that any party opposes the destruction of the documents and records, or desires the documents and records to be retained, the Debtors would request that the Court require such party to be responsible for the storage and maintenance of the documents and records, and to bear all costs and expenses associated therewith.

WHEREFORE, for the foregoing reasons, the Debtors respectfully request the entry of an Order (i) authorizing the destruction of some of the documents and records currently stored at LM Liquidators; (ii) authorizing the payment of costs and expenses associates with the destruction of the documents; (iii) requiring any party opposing the destruction of the documents and records, or desiring for the documents and records to be retained, to be responsible for the storage and maintenance of the documents and records, and to bear all costs and expenses associated therewith; (iv) permitting the Debtors to move the remaining documents to a public storage facility; and (v) for such other further relief as the Court deems proper.

**RESPECTFULLY SUBMITTED** this 19th day of April 2011.

/s/ Mariane L. Dorris
Mariane L. Dorris, Esq.
Florida Bar No.: 0173665
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
Attorneys for Debtors.

UNITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MIRABILIS VENTURES, INC.,                    CASE NO. 6:08-bk-04327-KSJ
HOTH HOLDINGS, LLC, and                      CASE NO. 6:08-bk-04328-KSJ
AEM, INC.,                                   CASE NO. 6:08-bk-04681-KSJ

                Debtors.                     CHAPTER 11
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2011, a true and correct copy of the foregoing has been provided to all parties receiving CM/ECF noticing, and that April 19th, 2011, a true and correct copy of the foregoing is being provided to the following parties by United States Mail: I. Randall Gold, AUSA, U.S. Attorney's Office, 501 W. Church St., Orlando, FL 32801; Robert E. O'Neill, United States Attorney, Middle District of Florida, 400 N. Tampa Street, Suite 3200, Tampa, Florida 33602; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; Internal Revenue Service, 850 Traflagar Ct., Maitland, FL 32751; Carol Koehler Ide, Trial Attorney, Tax Division; U.S. Department of Justice; P.O. Box 14198, Ben Franklin Station, Washington, D.C., 20044; Elena L. Escamilla, U.S. Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32806; R. Scott Shuker, Latham, Shuker, Eden & Beaudine, LLP, Post Office Box 3353, Orlando, FL 32802; Elizabeth A. Green, Baker & Hostetler, LLP, 200 S. Orange Ave., Suite 2300, Orlando, FL 32801-3432; D. David Keller, Keller Landsberg, PA, 500 E. Broward Blvd, Suite 1400, Ft. Lauderdale, FL 33394; Joseph A. DeMaria, Tew Cardenas, LLP, 1441 Brickell Ave., 15th Floor, Miami, FL 33131-3407; Charles J. Meltz, Grower, Ketcham, Rutherford, Bronson, Edie & Telan, PA, 901 N Lake Destiny Rd, Ste 450, PO Box 538065, Orlando, FL 32853-8065; Joseph H. Varner, III, Holland & Knight, LLP, 100 N. Tampa St, Ste. 4100, PO Box 1288, Tampa, FL 33601-1288; Charles J. Meltz, Grower, Ketcham, Rutherford, Bronson, Eide & Telan, PA, 901 N. Lake Destiny Rd., Ste. 450, PO Box 538065, Orlando, FL 32853-8065; David B. King, King Blackwell Downs & Zehnder, PA, 25;and the Local Rule 1007-2 Parties in Interest matrix attached hereto, on this19th day of April 2011.

                              /s/ Mariane L. Dorris
                              _____
                              Mariane L. Dorris, Esq.

Label Matrix for local noticing
113A-6
Case 6:08-bk-04327-KSJ
Middle District of Florida
Orlando
Tue Apr 19 11:51:23 EDT 2011

Michael C. Addison
Addison & Howard, P.A.
Post Office Box 172535
Tampa, FL 33672-0535

Advantage Collection Prof
2775 Jade Street
Mora, MN 55051-6240

American Express
2965 West Corporate Lakes Bl
Weston, FL 33331-3626

BNA Tax Management
9435 Key West Ave.
Rockville, MD 20850-3339

Kimberly Bartley
Waldron & Schneider LLP
15150 Middlebrook Drive
Houston, TX 77058-1226

Brandywine Grande C. LP
c/o Cantor Arkema, PC
1111 East Main Street
Richmond, VA 23219-3531

Buchanan Ingersoll & Rodney
401 E Jackson St.
Suite 2500
Tampa, FL 33602-5236

Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

Joseph A DeMaria
Tew Cardenas LLP
1441 Brickell Avenue
Suite 1500
Miami, FL 33131-3431

Mariane L Dorris
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Tara C Early
Stanton & Gasdick PA
390 North Orange Avenue
Suite 260
Orlando, FL 32801-1612

Elena L Escamilla
United States Trustee
135 West Central Blvd  Suite 620
Orlando, FL 32801-2440

F. Del Kelley
5220 S. Washington Ave
Titusville, FL 32780-7316

Forge Capital Partners LLC
c/o Bart Valdes
609 W Horatio St
Tampa FL 33606-2272

James E Foster
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Frank L. Amodeo
3875 South Orange Ave
Suite 500 -PMB 1810
Orlando, FL 32806

Gill R Geldreich
Tennessee Attorney General's Office
Post Office 20207
Nashville, TN 37202

Gilbert Weisman
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Gillio Development, Inc.
657 Caledonia Place
Sanford, FL 32771-6403

I Randall Gold
United States Attorney's Office
501 West Church Street
Suite 300
Orlando, FL 32805-2281

Kenneth D Herron Jr
1851 West Colonial Drive
Orlando, FL 32804-7013

Peter N Hill
Wolff Hill McFarlin & Herron PA
1851 West Colonial Drive
Orlando, FL 32804-7013

Horton Johnson
3211 Northglenn Drive
Orlando, FL 32806-6371

Humana/RMS
77 Hartland Street
Suite 401
East Hartford, CT 06108-3253

Carol Koehler Ide
U S Department of Justice - Tax Division
Post Office Box 14198
Ben Franklin Station
Washington, DC 20044-4198

Jackson Lewis
Attn:Anne Krupman
One North Broadway
White Plains, NY 10601-2310

Jeffrey Reichel
c/o Gary Barnes
3414 Peachtree Rd #1600
Atlanta, GA 30326-1164

Jeffrey Reichel
c/o Jill E. Kelso, Esquire
Akerman Senterfitt
PO Box 231
Orlando FL 32802-0231

Kenneth & Diane Hendricks
One ABC Parkway
Beloit, WI 53511-4466

Gordon L Kiester
Florida Department of Revenue
P O Box 2299
Mango, FL 33550-2299

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

LeClair Ryan Trust
P.O. Box 2499
Richmond, VA 23218-2499

LexisNexis
P.O. Box 7247-7090
Philadelphia, PA 19170-7090

Justin M. Luna
Latham, Shuker, Eden & Beaudine, LLP
390 N. Orange Ave.
Suite 600
Orlando, FL 32801-1684

Esther A McKean
Akerman Senterfitt
Post Office Box 231
Orlando, FL 32802-0231

Charles J Meltz
Grower Ketcham
Post Office Box 538065
Orlando, FL 32853-8065

Mirabilis Ventures, Inc
c/o R.W.Cuthill, Jr
341 N. Maitland Ave #210
Maitland, FL 32751-4771

Todd K Norman
Stump Callahan Dietrich & Spears PA
Post Office Box 3388
Orlando, FL 32802-3388

On Target Solutions
3491 Woodley Park Place
Oviedo, FL 32765-5104

Scott H Park
United States Attorney
501 West Church St
Suite 300
Orlando, FL 32805-2281

PaySource USA VII, Inc.
650 Poe Ave.
Dayton, OH 45414

RKT Constructions, Inc
5220 S. Washington Ave
Titusville, FL 32780-7316

William J Ridings Jr
Atlantic Legal Group, P.A.
1375 Gateway Boulevard
Boynton Beach, FL 33426-8304

Robi A. Roberts
2921 S. Washington Ave
Titusville, FL 32780-5022

Robi A. Roberts Trust
2921 S. Washington St
Titusville, FL 32780-5022

Saxon Gilmore, PA
201 E. Kennedy Blvd.
Suite 600
Tampa, FL 33602-5819

Bradley M Saxton
Post Office Box 1391
Orlando, FL 32802-1391

R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Tennessee Dept of Labor & Workforce
Dev-Unemployment Ins
c/o TN Atty General Ofc Bankruptcy Div
PO Box 20207
Nashville TN 37202-4015

Tenshi Leasing
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

Titanium Technologies
2875 S. Orange Ave.
Suite 500 PMB 1810
Orlando, FL 32806-5455

United States Trustee - ORL 11
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

Bart R Valdes
deBeaubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Joseph H Varner III
Holland & Knight, LLP
101 North Tampa Street, Suite 4100
Tampa, FL 33602

David T Ward
15615 Alton Pkwy #175
Irvine, CA 52618-7303

C Brent Wardrop
deBeubien Knight Simmons Mantzaris Neal
332 North Magnolia Avenue
Orlando, FL 32801-1609

Gilbert Barnett Weisman
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701

Stuart Wilson-Patton
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

Melissa Youngman
McCalla Raymer, LLC
450 S. Orange Avenue
Suite 170
Orlando, FL 32801-3388

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Corporate Personnel Network, Inc
c/o David T. Ward
15615 Alton Pkwy #175
Irvine, CA 92618-7303

(u)First Commercial Ins. Corp.
undeliverable

(u)Fred Sandlin
undeliverable

(u)John Burcham
undeliverable

(u)Mark J. Bernet
no city
no state

End of Label Matrix
Mailable recipients     59
Bypassed recipients      5
Total                   64