# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MIRABILIS VENTURES, INC.,

                Plaintiff,

-vs-                                                  Case No. 6:10-cv-737-Orl-22KRS

SPECIALTY UNDERWRITERS'
ALLIANCE INSURANCE COMPANY
a/k/a Sua Insurance Company, and
UNIVERSAL RE-INSURANCE
COMPANY, LIMITED,

                Defendants.

---

## ORDER

On November 15, 2010 this Court entered its Case Management and Scheduling Order designating J. Layne Smith as Lead Counsel pursuant to Local Rule 9.04(a)(3) and requiring "Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within fourteen days of the date of this Order advising of the date." (Doc. 31, at 2). Counsel failed to file the Notice of Mediation Conference. Further, the mediation conference was to be completed by March 28, 2011. The mediator's office has confirmed that the conference did not occur.

Based on the foregoing, it is ordered as follows:

1.     Within fourteen days of the date of this Order, J. Layne Smith shall show cause as to why sanctions should not be imposed for failure to comply with this Court's Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 2, 2011.

_____
JOHN ANTOON II
United States District Judge
(Signed in the absence of
  Chief Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
Unrepresented Party