UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MIRABILIS VENTURES, INC.

    Plaintiff,

v.

SPECIALTY UNDERWRITERS' ALLIANCE     Case No. 6:10-CV-737-Orl-22KRS
INSURANCE COMPANY a/k/a SUA
INSURANCE COMPANY, UNIVERSAL
RE-INSURANCE COMPANY, LIMITED

    Defendants.     /

## MOTION FOR SUBSTITUTION OF PLAINTIFF'S COUNSEL
## WITH WRITTEN CONSENT OF CLIENT

Plaintiff, Mirabilis Ventures, Inc., by and through the undersigned proposed counsel, hereby requests the entry of an order (a) authorizing Broad and Cassel to be substituted for Smith, Brooks & Materson, PL, as counsel of record for the Plaintiff; and (b) relieving Smith Brooks & Masterson, PL of any further obligations to render services to the Plaintiff in this case or otherwise.

Smith, Brooks & Masterson, PL
2629 Mitcham Drive
Tallahassee, FL 32308
Telephone: 850.385.8000
Facsimile: 850.201.8000

By:   /s/ J. Layne Smith
    J. Layne Smith
    Florida Bar No. 712930

Broad and Cassel
Two South Biscayne Blvd., Suite 2100
Miami, FL 33131
Telephone: 305.373.9425
Facsimile: 305.995.6385

Michael Shafir
Florida Bar No. 660671

Mark F. Raymond
Florida Bar No. 373397

Rhett Traband
Florida Bar No. 0028894

By:   /s/ Michael Shafir

4834-5059-5849.1
43582/0001

## CONSENT OF CLIENT

I, R.W. Cuthill, Jr., Trustee of Mirabilis Ventures, Inc., hereby consent and agree to the Stipulation for Substitution of Counsel substituting Mark F. Raymond and Rhett Traband of Broad and Cassel in the place of J. Layne Smith of Smith, Brooks & Materson, PL, in the above-styled matter.

DATED: __APRIL 29__, 2011.

MIRABILIS VENTURES, INC.

By: _____

Its: __PRESIDENT__

## LOCAL RULE CERTIFICATION

I hereby certify that pursuant to Local Rule 3.01(g), last week I conferred with Kevin M. Lougachi, counsel for Defendants, who indicated that he is not in a position to either agree or oppose the Motion. As of filing this pleading today, the position of the aforementioned defense counsel had not changed.

                                      **BROAD AND CASSEL**
                                      390 North Orange Avenue, Suite 1400
                                      Orlando, Florida 32801
                                      PO Box 4961 (32802-4961)
                                      Phone: (407) 839-4200

                                  By: _/s/ Roy S. Kobert_____
                                        Roy S. Kobert, P.A.
                                        Florida Bar #: 777153
                                        rkobert@broadandcassel.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of May, 2011, a true and accurate copy of the foregoing was provided electronically via the Court's CM/ECF system to all parties receiving CM/ECF service.

                                      **BROAD AND CASSEL**
                                      Proposed Counsel for Plaintiff
                                      Broad and Cassel
                                      Two South Biscayne Boulevard
                                      Suite 2100
                                      Miami, FL 33131
                                      Telephone: 305.373.9425

                                By: _____/s/ Michael Shafir_____
                                        Michael Shafir
                                        Florida Bar No. 660671
                                        mshafir@broadandcassel.com