**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC.,**

       **Plaintiff,**

-vs-                                                  Case No. 6:10-cv-737-Orl-22KRS

**SPECIALTY UNDERWRITERS'**
**ALLIANCE INSURANCE COMPANY**
**a/k/a Sua Insurance Company, and**
**UNIVERSAL RE-INSURANCE**
**COMPANY, LIMITED,**

       **Defendants.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR SUBSTITUTION OF PLAINTIFF'S COUNSEL WITH WRITTEN CONSENT OF CLIENT (Doc. No. 47)**
>
> **FILED:**      **May 11, 2011**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Attorneys Michael Shafir, Mark F. Raymond and Rhett Traband appear as counsel for Mirabilis Ventures, Inc., and J. Layne Smith withdraws as counsel for Mirabilis Ventures, Inc. Incoming counsel shall review the docket in this case and abide by all orders and deadlines therein.

Substitution of counsel shall not be cited or relied upon as a basis to seek an enlargement of any deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on May 12, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE