**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MIRABILIS VENTURES, INC.,**

    **Plaintiff,**

**-vs-**                                                  **Case No. 6:10-cv-737-Orl-22KRS**

**SPECIALTY UNDERWRITERS'**
**ALLIANCE INSURANCE COMPANY**
**a/k/a SUA Insurance Company, and**
**UNIVERSAL RE-INSURANCE**
**COMPANY, LIMITED,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO QUASH DEFENDANT'S JANUARY 18, 2012 SUBPOENA FOR THE DEPOSITION OF MATTHEW S. MOKWA, ESQ., OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER (Doc. No. 83)**
>
> **FILED:** January 27, 2012
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff does not object to Attorney Mokwa being deposed, although it states that it will object to questions that invade the attorney-client privilege. Plaintiff is reminded that it must establish each of the elements of the attorney-client privilege on the record during the deposition as required by my

Standing Order Regarding Privilege Logs, found online at Standing Order on Privilege Logs, found online at www.flmd.uscourts.gov -- Judicial Information -- Magistrate Judge Spaulding -- Standing Orders.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE